ORIGINAL

Lisa S. Kantor, Esq. State Bar No. 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - State Bar No. 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

FILED
2008 FEB -1 PM 3:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

Attorneys for Plaintiff,
BRUCE TALLEY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE TALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO: '08 CV 0202 H NLS<br><br>NOTICE OF INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, Bruce Talley, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of the names of all such parties with their connection and interest herein:

1. Bruce Talley;
2. Provident Life and Accident Insurance Company; and
3. U.S. Bancorp Long Term Disability Plan.

DATED: February 1, 2008

KANTOR & KANTOR LLP

Lisa S. Kantor
Attorneys for Plaintiff
Bruce Talley