Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB -1 PM 3:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

BRUCE TALLY,
Plaintiff,

vs

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0202 H NLS**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lisa S. Kantor
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB 0 1 2008
DATE

K. HA[illegible]RLY
By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)