Lisa S. Kantor, Esq. State Bar No. 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - State Bar No. 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
BRUCE TALLEY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE TALLEY,<br><br>Plaintiff,<br><br>VS.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO: 08 CV 0202 H NLS<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT VIA CERTIFIED MAIL RETURN RECEIPT REQUIRED PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 415.40 AS ADOPTED UNDER F.R.C.P. RULE 4(h)(1) |

I, Denise Anderson, hereby declare that, on February 8, 2008, I served Defendants, U.S. Bancorp Long Term Disability Plan, with the Summons, Complaint, Notice of Interested Parties, Civil Cover Sheet, Order Requiring Joint Status Report, Notice of Availability of a Magistrate Judge, and Notice of Availability of Voluntary Dispute Resolution pursuant to California Code of Civil Procedure § 415.40 as allowed for and adopted under F.R.C.P.

Rule 4(h)(1), by mailing said documents to the above-named Defendant at 800 Nicollet Mall, Suite 800, Minneapolis, MN 55402 via first class mail, with postage prepaid and requiring a return receipt. Service shall be deemed complete on the tenth day after this mailing.

I declare the above under the penalty of perjury under the laws of the United States of America. Executed this 13th day of February 2008, at Northridge, California.

s/Denise Anderson
Denise Anderson

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Denise Anderson
Kantor & Kantor LLP
19839 Nordhoff Street
Northridge, California 91324

RECEIVED FEB 13 2008 By

FEB 5 2007

Talley

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Bancorp
800 Nicollet Mall Suite 800
Minneapolis MN 55402-7020

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X T-TRAN ☒ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 2-8-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7006 2150 0004 3697 2743

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540