Burke, Williams & Sorensen, LLP
Stephen H. Galton, (SBN 046732)
sgalton@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendants Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE TALLEY,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 08 CV 0202 H NLS<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**[Local Civil Rule 12.1]** |

Plaintiff Bruce Talley and Defendants Provident Life and Accident Company and U.S. Bancorp Long Term Disability Plan ("Defendants"), by and through their respective counsel of record, hereby jointly move and agree that Defendants, subject to the Court's approval, may have a 30-day extension through March 26, 2008 within which to file their Answer or other responsive pleading in this action.

This joint motion is requested and is necessary because Defendants' counsel first received a copy of Plaintiff's complaint on February 11, 2008 and does not yet have any other file materials concerning this action. The requested extension to plead will permit Defendants' counsel to obtain and review the relevant case

materials before preparing and filing an Answer or other responsive pleading to the Complaint herein.

The Court is respectfully requested to grant the extension.

Dated: February 22, 2008

Kantor & Kantor, LLP

By: */s/ Lisa S. Kantor*
Lisa S. Kantor
Attorneys for Plaintiff Bruce Talley

Dated: February 25, 2008

Burke, Williams & Sorensen, LLP

By: */s/ Stephen H. Galton*
Stephen H. Galton
Attorneys for Defendants Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan