## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BRUCE TALLEY,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,

Defendants.

Case No. 08 CV 0202 H NLS

**ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING**

**[Local Civil Rule 12.1]**

The parties having jointly moved, and good cause appearing, IT IS ORDERED that Defendants shall have an extension through March 26, 2008 within which to file their Answer or other responsive pleading, to the Complaint herein.

Dated: February 25, 2008

Marilyn L. Huff, District Judge
United States District Court

COPIES TO:
All Parties of Record