Burke, Williams & Sorensen, LLP
Stephen H. Galton, (SBN 046732)
sgalton@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendants Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

BRUCE TALLEY,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,

Defendants.

Case No. 08 CV 0202 H NLS

**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**

Defendant Provident Life and Accident Insurance Company is a subsidiary of Unum Group, a publicly-traded company. No individual or entity owns ten percent or more of Unum Group's stock.

Dated: March 26, 2008

Burke, Williams & Sorensen, LLP

By: */s/ Stephen H. Galton*
Stephen H. Galton
Attorneys for Defendants
Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan