# PROOF OF SERVICE BY ELECTRONIC MAIL

***Talley v. Provident***

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On March 26, 2008, I served the following document(s): **DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**; on the interested parties in this action by electronic service of the document(s) through the Court's transmission facilities, addressed as follows:

KANTOR & KANTOR, LLP
LISA S. KANTOR (lkantor@kantorlaw.net)
19839 Nordhoff Street, Suite 1B
Northridge, CA 91324
Tel: (818) 886-2525
Fax: (818) 350-6272
*Attorneys for Plaintiff Bruce Talley*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on March 26, 2008, at Los Angeles, California.

Barbara W. Jeong
Barbara W. Jeong