Burke, Williams & Sorensen, LLP
Stephen H. Galton (SBN 046732)
sgalton@bwslaw.com
Keiko J. Kojima (SBN 206595)
kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendants Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE TALLEY,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 08-CV-0202-H-NLS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE COUNTERCLAIM**<br><br>**[Filed concurrently with: Memorandum of Points and Authorities; Declaration of Stephen H. Galton; Proposed Counterclaim; Proposed Order]**<br><br>Date: September 2, 2008<br>Time: 10:30 a.m.<br>Ctrm: 13 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on September 2, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Judge Marilyn L. Huff of the above entitled Court, Defendants/Proposed Counterclaimants Provident Life And Accident Insurance Company ("Provident") and U.S. Bancorp Long Term Disability Plan (the "Plan") will move for an order permitting the filing of a counterclaim for fraud, concealment, negligent

misrepresentation, and unjust enrichment, as fully set forth in the "[Proposed] Counterclaim" attached as Exhibit “A” to the Declaration of Stephen H. Galton.

The motion is made on the ground that the filing of the counterclaim is necessary to the furtherance of justice and to allow this matter to be decided on its factual merits. The action has recently been filed and discovery has not yet begun. Given its early posture, granting leave will not prejudicially delay the case. A copy of the proposed amended pleading is attached as Exhibit “A” to the Declaration of Stephen H. Galton.

This motion is made pursuant to Federal Rules of Civil Procedure, Rules 13 and 15, and is based on this notice, the memorandum of points and authorities attached hereto, the Declaration of Stephen H. Galton, and the proposed counterclaim attached thereto, all prior pleadings and documents previously filed in this action and such argument or other matters that come before this Court in connection with the hearing of this motion.

Dated: July 30, 2008

Burke, Williams & Sorensen, LLP
Stephen H. Galton
Keiko J. Kojima

By: */s/ Stephen H. Galton*
Stephen H. Galton
Attorneys for Defendants Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan