Burke, Williams & Sorensen, LLP
Stephen H. Galton (SBN 046732)
sgalton@bwslaw.com
Keiko J. Kojima (SBN 206595)
kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendants Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE TALLEY,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 08-CV-0202-H-NLS<br><br>**DECLARATION OF STEPHEN H. GALTON IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM**<br><br>**[Filed concurrently with: Notice of Motion and Motion; Memorandum of Points and Authorities; Proposed Counterclaim; Proposed Order]**<br><br>Date: September 2, 2008<br>Time: 10:30 a.m.<br>Ctrm: 13 |

I, Stephen H. Galton, declare as follows:

I am an attorney at law, licensed to practice before all the Courts in the State of California, and before this Honorable Court. I am of counsel with Burke, Williams & Sorensen, LLP, attorneys of record for Defendants. I have personal and first-hand knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently to them.

/ / /

/ / /

1. Attached hereto as Exhibit "A" is Defendants' [Proposed] Counterclaim.

2. Attached hereto as Exhibit "B" are true copies of relevant pages from the long-term disability claim file of Plaintiff Bruce Talley cited in Defendants' motion for leave to file a counterclaim. (Other pages from the claim file which may contain possible confidential medical information can be made available to the Court upon request.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2008, at Los Angeles, California.

*/s/ Stephen H. Galton*
Stephen H. Galton