UNUMPROVIDENT

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: UnumProvident, Chattanooga Customer Care Center, P.O. Box 12030, Chattanooga, TN 37401-3030
Claim Questions: 800.633.7479 Fax To: 423.755.3009

Received From USPO

**B. CLAIMANT'S STATEMENT** (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)

☐ Short Term Disability ☒ Long Term Disability ☐ Individual Disability ☐ Waiver of Premium (Life Insurance) ☐ Voluntary Benefits/Payroll Deduction

Policy Numbers: | The State in which You Work:

1. Claimant's Name: BRUCE RICHARD TALLEY

Home Address (Street, City, State, Zip): 13048 VIA LATINA, DEL MAR CA 92014

Home Phone Number (858) 481 0035 | Date of Birth [redacted] | Social Security Number [redacted] | ☒ Male ☐ Female

2. Is this condition due to ☐ Accident ☒ Sickness? | Is this disability related to your employment? ☐ Yes ☐ No

Describe the injury incurred (what, how, where, when) or the nature and details of the sickness and when it began:
SEE STATEMENT ATTACHED

You have been unable to work because of this condition as of what date? 10.29.02

3. Employer's Name and Address: US BANCORP PIPER JAFFRAY

| Claimant's Work Phone Number | Occupational Title | List the duties of your occupation at the time of your disability. Duty | # of weekly hours spent at duty |
|---|---|---|---|
| (858) 526 7408 | MANAGING DIRECTOR | SELLING BONDS & SECURITIES | 40 - 50 |

Have you returned to work? If yes, When? NO
Part Time: Full Time:
Hours per week:
If you have not returned to work, when do you expect to return?
Part Time: Full Time: UNSURE

How does your injury or sickness impede your ability to do your occupational duties? SEVERE DEPRESSION AND ANXIETY RENDER ME UNABLE TO PERFORM MY DUTIES

**4. Information about physicians and hospitals**
**NOTE: TO AVOID DELAY IN EVALUATING YOUR CLAIM, ADVISE YOUR DOCTOR(S) TO ATTACH COPIES OF MEDICAL RECORDS AND TEST RESULTS.**

First medical attention for the current disability was given by (complete below):

Doctor's Name: DR. DIANA WEISS | Doctor's Specialty: PSYCHOLOGIST
Address (Street, City, State, Zip): 240 9th STREET DEL MAR CA 92014 | Phone Number: (858) 259 0146
Hospital Name: | Hospital Phone Number: ( )
Address (Street, City, State, Zip):
Dates of Confinement: From: To: | From: To:

If other doctors or hospitals were consulted in the last five years, please attach a separate sheet of paper. OTHER DOCTOR ON SEP SHEET

5. Marital Status: ☒ Single ☐ Married ☐ Widowed ☐ Divorced | If you are married: Spouse's Name | Spouse's Date of Birth | Is Spouse Employed? ☐ Yes ☐ No

List your children who are under age 25: (*Please attach additional sheets if necessary).

| Name | Date of Birth | Married? | Attending High School? |
|---|---|---|---|
| | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No | ☐ Yes ☐ No |

**6. If you have been approved or denied for any of these benefits, please send a copy of Award or Denial Notification.**
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security/Retirement | ☐ Yes ☐ No | Social Security/Disability | ☐ Yes ☐ No | Canada Pension Plan | ☐ Yes ☐ No | State Disability | ☒ Yes ☐ No |
| Worker's Compensation | ☐ Yes ☐ No | Pension/Retirement | ☐ Yes ☐ No | Pension/Disability | ☐ Yes ☐ No | Unemployment | ☐ Yes ☐ No |

No-Fault Insurance ☐ Yes ☐ No | Short Term Disability ☒ Yes ☐ No – Ins. Co. Name and Policy # HARTFORD 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
Other (include Individual Disability or Group Disability Benefits) ☐ Yes ☐ No – Ins. Co. Name and Policy #

7. If your request for benefits is approved, do you want Federal Income Tax Withheld from your check? ☐ Yes ☒ No
If yes, please indicate dollar amount $ (Note: Minimum withholding is $20.00 per week or $87.00 per month)
Do you want State Income Tax withheld from your check? ☐ Yes ☒ No
If yes, please indicate dollar amount $ (Note: The amount indicated must be a whole dollar increment)

1022-99 (8/02)

PLACL00032

**EXHIBIT B**

Claimant Name: Bruce R Talley Claim #: 409539

UNUMPROVIDENT

# DISABILITY CLAIM (PLEASE HAVE ALL SECTIONS COMPLETED)

**Mail to:** UnumProvident, Chattanooga Customer Care Center, P.O. Box 12030, Chattanooga, TN 37401-3030
**Claim Questions:** 800.633.7479 **Fax To:** 423.755.3009

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1.** Name of Patient: BRUCE TALLEY | Date of Birth: [redacted] | Social Security Number: [redacted]

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

Date of Last Examination: 4-16-03

Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number: 296.23 ; 300.00

Objective findings (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings): High level of ~~depr~~ agitated depression and anxiety

Symptoms: Mental confusion, agitation, depression, tearfulness, poor concentration POOR MEMORY, LOW SELF-ESTEEM

Is this condition due to ☐ an Accident ☒ a Sickness? | Date symptoms first appeared or accident occurred: NOVEMBER 2001

Is the accident or sickness related to the patient's employment? ☐ Yes ☒ No ☐ Unknown

Date restrictions and limitations began. 10-29-02 | Has patient ever been treated for the same or similar condition? ☐ Yes ☒ No If yes, state when and describe.

**3. Information About the Patient's Ability to Work - this information is critical to understanding your patient's condition**

Has patient been released to work in his/her occupation? ☐ Yes ☒ No In any occupation? ☐ Yes ☒ No

If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.

Fully describe restrictions and limitations.

RESTRICTIONS (What the patient should not do) NOT BE PLACED UNDER PRESSURE TO PERFORM HIS PREVIOUS WORK DUTIES AT THIS TIME OF SELLING BONDS. CAUSES INCREASED AGITATION, FEELINGS OF HOPELESSNESS AND LOW SELF-WORTH

LIMITATIONS (What the patient cannot do) CANNOT CONCENTRATE ON COMPLEX TASKS FOR ANY SIGNIFICANT LENGTH OF TIME. CANNOT REMEMBER IMPORTANT DETAILS. CANNOT INTERFACE WITH CUSTOMERS

When should the patient be able to return to work? Full Time: OCTOBER 2003 Part Time: SAME

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type |
|---|---|---|---|---|
| 6'2½" / 190lb | | | — | ☐ Normal ☐ C-Section |

| Date of first visit for this illness or injury | Date of next visit | Date of last visit | Frequency of visits |
|---|---|---|---|
| 11-0 | | | |

Is patient: ☐ Ambulatory ☐ Bed Confined ☐ House Confined ☐ Hospital Confined | Has patient been admitted to hospital? ☐ Yes ☐ No Confined From: To:

If Hospital Confined, give name and address of hospital

Have you completed claim forms regarding this patient for other insurance carriers? ☒ Yes ☐ No If yes, state date and name of insurance company: HARTFORD

**4. Names and Addresses of Other Treating Physicians**

Referring physician or other treating physicians (names, address, phone #'s):

DR. SHIPMAN

PLACL00034

**REQUIRED ATTACHMENTS AND SIGNATURES**

**Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.**

**FRAUD NOTICE: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.**

**The above statements are true and complete to the best of my knowledge and belief.**

| | | | |
|---|---|---|---|
| Print or Type Name: DIANA K. WEISS | Degree: Ph.D. | Medical Specialty: PSYCHOLOGY | |
| Street Address: 240 9th Street | | Phone Number: (858) 259-0146 | |
| City: Del Mar | State: CA | Zip Code: 92014 | Fax: (858) 755 7666 |
| Signature of ~~Physician~~ Psychologist: Diana K Weiss PhD | | Date: 4-17-03 | |
| SSN or Employer's ID Number: [redacted] | | | |

1322-99 (8/02)

Claimant Name: Bruce R Talley Claim #: 409539

Dear Sirs:

I worked for my former employer (Miller and Schroeder Financial) from 1983 to 2001. During the majority of that time and for many years before, my firm was known for ethical and fair business practices. I was very proud to work for them and I developed a very profitable business selling bonds (to mostly wealthy individual customers) and loan participations to institutions. Things apparently change without my being apprised of the change. In their zeal to profit from their business and to sell the firm, my former employer engaged in underwriting a series of fraudulent bond issues from about 1996 to 1999. These bonds financed a group of health care facilities. At the time, I was given glowing reports (along with the other salespeople) on the economic viability and need for the projects to be financed. We were pushed towards selling these bonds issues and sent to visit the site of the projects to be visited. Additionally, we spent a considerable amount of time in the presence of medical researchers, doctors and various experts in the field of health care as well as the architect and other persons involved in the reconstruction of the health care facilities. At all times we were told of the great potential and told of the rapid progress toward achieving that potential in the projects that were financed. We were not told of the previous legal and ethical problems that the sponsor of the health care issues had. We also were not told of certain conflicts of interest between our firm and the sponsor, including undisclosed loans to his company. A large amount of money apparently left the system at the direction of the sponsor and with the complicity of a trustee bank that was hired to handle the funds. This was not disclosed until we had financed about 10 projects with more than 135 million dollars in bond issues. The projects were left incomplete or without sufficient patients to pay the debt service on the bond issues. Our firm asserted that they had done nothing wrong and that the legal offering document prepared by them and their attorneys disclosed all of the risks. Apparently, this was not true. There were a number of warning signals that were not disclosed to me, other salespeople or the bondholders. These signals included the prior history of the sponsor, the termination of a whistleblower by the sponsor, undisclosed loans to his company and money being spent improperly by the sponsor and issuer. Despite all of this Miller and Schroeder continued to underwrite bond issues for this series of projects. It was only much later that this was discovered and revealed to myself, other salespeople and the investors. Also, it was not disclosed that the sponsor was making a profit from the purchase of the buildings that were to house these facilities, only that he had arranged very favorable purchase terms with Columbia HCA. The truth was that the purchase was a result of litigation between him and Columbia and he took a substantial profit even though this was supposed to be purchased for a non-profit entity. Eventually, the issues collapsed. The bondholders have been irate. Miller and Schroeder promised that they had done no wrong and that if any of the salespeople were named in legal proceedings they would defend us. Unfortunately, it appears that both of these statements were also false. As a result of disclosure in legal actions and documents, it appears that they knew of risks and problems that were not disclosed during the period of time that they were underwriting the bond issues. Also, the firm's board and management sold off its remaining viable assets and business very cheaply to a new entity created to own them. They then bankrupted the old company, leaving myself and others with no legal defense and great exposure. I have been told subsequently that the

PLACL00036

firm engaged in illegal accounting practices to hide some of their own problems. Due to their totally unprincipled actions, I have been named in 6 lawsuits and arbitrations with the potential for more. I was not a control person in the company and I did not make underwriting or credit decisions and I was not involved in the preparation of the documents. I was outside the information loop except what I was told by my superiors. Despite all of this I have had to pay for all of my own legal expenses. The costs have been staggering. My customer base purchased in the vicinity of 40 or 50 million dollars of these and several other issues that defaulted. They are very upset, because cumulatively their losses will be many millions and individually some will lose vast sums. I am very depressed at their losses. My reputation has been badly damaged by all of this. I care a great deal about this; I have spent about 20 years building and protecting my reputation in the business world. No one likes to lose money, so many of my customers have deserted me. Certainly, it was known that there were risks, but neither I nor my customers would have been involved had we known the true nature of the situation.

Personally, this has been devastating. My best customer, who had about 80 million dollars in a large variety of investments with me is gone permanently. He is far from the only one. Due to the extensive damage to my business and my reputation, I have little or no value within the industry. I will probably lose my house. Foreclosure exists as a distinct possibility. Most of my money is gone. The financial drain is very stressful. I likely will have to seek bankruptcy protection. I own a minority stake in a small family farm in South Dakota that my father and all my siblings and I were raised on. This provides partial support to family members, including my retired mother. Almost certainly, they will have to incur substantial debt to buy me out or risk losing the whole thing. Despite the fact that I did not make the decisions and that I was not privy to the crucial information, I am being held to civil accountability. The possibility exists for judgements that would survive bankruptcy and that would stay with me for the rest of my life. There has been an SEC investigation and while they have not called upon me and I am confident that I have done no wrong, they can still make life miserable (Hopefully, they will take action against the responsible parties). My legal bills continue to mount. At no point, has the board or management of Miller and Schroeder accepted any responsibility for their actions or made good on their promise to defend me. I am forced to sue them for indemnification. I am also suing for my damages. I am told that my case appears very good. However, given the financial resources of some of the board and management of Miller and Schroeder (some have a lot of money to defend themselves) and my lack of resources, it is far from certain that I will prevail. Also, if I am forced into bankruptcy, I will lose control of the lawsuit. This could be disastrous for me even if I do prevail. In any case, this will be a draining experience.

Even as I write this, it is still difficult to believe that all of this has really happened to me. But it has. Emotionally, I am in a difficult position. The damage to my reputation, my disillusionment about people I have trusted, watching 20 years of my effort destroyed, the financial strain and the complete uncertainty about the course of this and my future has been extremely stressful. Last fall, I was making bad decisions. Fortunately, I was told very clearly to go on disability. I have been doing a better job of making the necessary

PLACL00037

decisions. I am still severely depressed and I have constant anxiety about my present situation and my future. I have difficulty sleeping and concentrating. I am irritable and emotional. I am very forgetful and I sometimes get confused. I have felt like a failure and humiliated that this has happened. I am trying to do the best that I can to take care of myself so that I can get through this. It is not easy, though. This is an extremely painful and difficult time for me.

PLACL00038

UNUMPROVIDENT

October 20, 2003

Mr. Bruce Talley
13048 Via Latina
Del Mar, CA 92014

Re: SSN: [redacted]
Entity/Policy: 125311
Company: U.S. Bancorp

Dear Mr. Talley:

Your claim for Long Term Disability (LTD) benefits has been reviewed and we are pleased to inform you that you have been approved for benefits. On or about the first of each month you will receive your monthly LTD benefit check for the previous month provided that you continue to meet the policy's definition of "Total Disability".

The 180-day Elimination Period was satisfied on April 27, 2003, and the LTD Monthly benefits of $7,500.00 (which is the maximum LTD monthly benefit available to class 1 employees) became due on April 28, 2003 less the offset for the monthly CA State disability benefit amount of $2,123.33. Monthly benefits have been previously mailed to the Insured under separate cover representing benefits paid for the period of 4/28/03 through 9/30/03.

Additionally, please be advised that the LTD monthly benefits for the period of April 28, 2003 through August 31, 2003 were incorrectly paid at the amount of $4,500.00. This resulted in an underpayment of $12,300.00. We have corrected the LTD monthly benefit amount to $7,500.00 and have enclosed our benefit check representing the underpayment to you.

During the Elimination Period and the Own Occupation Period, **Total Disability and Totally Disabled** means that you:

1. are unable to perform on a full-time or part-time basis each of the Important Duties of your Own Occupation because of an Injury or Sickness that started while insured under this Policy.
2. do not work at all in any occupation; and
3. are under a Physician's Care.

PLACL00312



Claimant Name: Bruce R Talley Claim #: 409539

**Physician** means a person, other than you, who is licensed to practice the healing arts and who is practicing within the scope of his or her license. Acceptance of Disability certification may be limited to Physicians deemed appropriate by generally accepted medical standards unless such acceptance is required by the jurisdiction where treatment is rendered.

**Physician's Care** means:

1. on a regular basis, the Covered Person personally visits an appropriate Physician to effectively manage and treat the disabling condition(s); and
2. the Covered Person is receiving the most appropriate treatment and care for the disabling condition(s).

The appropriateness of Physician, frequency of visits and care and treatment will be according to generally accepted medical standards.

Please be aware of the following relevant claim provisions of the policy:

1. at your expense, you must provide current documentation of your continued disability upon request.
2. if evidence of disability is unsatisfactory to us, we retain the right to have you undergo an independent examination at our expense at reasonable intervals.

LTD Monthly Benefits will automatically end of the earliest of the following when Covered Persons:

1. are no longer Disabled;
2. fail to provide satisfactory proof of continuing Disability;
3. continue to be Disabled beyond the Maximum Benefit Period;
4. refuse to cooperate or to participate in a program of rehabilitation approved by us;
5. die; or
6. temporarily return to Active Work and are covered or eligible for coverage under any other group LTD policy.

The employer financed portion of your LTD benefit, and any portion financed by you on a pre-tax basis, is considered taxable income and is subject to Federal Income Tax ("FIT"). FIT withholding is not a requirement of your LTD plan and will only be withheld at your request. If you elect for us to withhold tax, please complete the attached form and indicate the amount we are to withhold. Please note the minimum amount we can withhold is $87.00 per month. If FIT is deducted, we are also required to withhold state income tax ("SIT"), if applicable.

PLACL00313

To consider continuing payment of your LTD benefit checks, we will require that you and your physician complete a Supplemental Proof form on a monthly basis. Your first proof of disability form is enclosed. Please complete the form and return to us within 30 days of your receipt of this letter. For your convenience in replying, we have enclosed a self-addressed return envelope.

Although your psychiatric condition may not remain debilitating for the next 6 months, we are also providing you with 5 additional Supplemental Proof forms along with 5 self-addressed return envelopes for your convenience in replying. It will be your responsibility to ensure completion of these forms on a monthly basis and to see that the form is returned to this office.

Please note that failure to provide us with these forms on a monthly basis may result in suspension of your benefits or denial of your claim.

We also need you to complete an **Education and Employment History questionnaire** Please complete the enclosed form and return it to us within 30 days of the date you receive this letter.

As you are aware, there are certain reductions to your LTD benefit, one of which is the monthly Social Security benefit that you or your family may be entitled to receive. Social Security benefits begin on the first of the month following five full months of disability. However, the Social Security Administration may not reach a decision on your application until several months after you apply, which may be some time after the point when benefits were due. If benefits are awarded to you, your first Social Security check may include a large retroactive payment.

Therefore, it will be necessary for you to keep us advised of your current Social Security status by forwarding to us copies of all correspondence that you may receive from Social Security. During the period between the date you apply for Social Security benefits and the date such benefits are actually granted, the policy requires that you must select one of the following options:

1. elect to have the LTD Monthly Benefit Amount reduced by an estimate of your expected Social Security benefit; or
2. elect to have no reduction made until the date Social Security Benefits are actually granted.

In accordance with the terms of the policy, you must elect either option 1 or option 2 above by completing the enclosed "LTD Payment Options and Reimbursement Agreement." If you elect option 1, your LTD Monthly Benefit Amount will be adjusted after Social Security benefits are determined. If you elect option 2, you must repay any overpayment caused by the Social Security benefits being paid on the date Social Security benefits are actually paid.

If benefits are denied under the Social Security Act, Railroad Retirement Act, or any plan or act of like intent of a foreign nation, you must file for a request for reconsideration. If denied again, you must request a hearing before an Administrative Law Judge unless waived in writing by us. If you had elected option 1 above, and are subsequently denied benefits under the Social Security Act, Railroad Retirement Act, or similar act or plan after exhaustion of all administrative appeals, we will reimburse you any amount that we withheld from your monthly LTD benefit.

PLACL00314

Please complete the enclosed "**LTD Payment Options and Reimbursement Agreement**" and indicate the option you wish to select. In addition, please sign and date the Social Security Authorization and return both of these forms to our office at your earliest convenience.

Lastly, included within this letter is an **Electronic Fund Transfer (EFT) form**, authorizing UnumProvident to deposit your monthly LTD benefit into your checking or savings account. Please complete and return this form if you wish to exercise this option.

The above explanation is intended only to summarize portions of the provisions of your plan. Your entitlement to benefits is fully set forth in a booklet or plan document, which is in the possession of your employer. You are encouraged to make yourself familiar with the contract provisions of your group disability plan.

If you have any questions, you may contact me at 1-800-633-7479 extension 1310.

Sincerely,

Tim Peace, ALHC, HIA
Lead Customer Care Specialist
Provident Life & Accident Insurance Company

PLACL00315

UNUMPROVIDENT

# CLAIMANT'S SUPPLEMENTAL STATEMENT

Mail to: Chattanooga Customer Care Center, P.O. Box 12030, Chattanooga, TN 37401-3030
Claim Questions: 800.633.7479 Fax To: 423.755.3009

The Claimant is responsible for completion of all portions of this form without expense to the UnumProvident Corporation subsidiaries.

## CLAIMANT'S STATEMENT (PLEASE PRINT)

**Your reply by ________ is appreciated and enables us to provide timely consideration of your claim.** **Mail Stop:**

1. Claimant's Name (last, first, middle) TALLEY BRUCE RICHARD
Social Security Number [redacted]

Residence Address (Street, City, State, Zip) 822 6th AVE #402 SAN DIEGO CA. 92101

Home Telephone Number (619) 501 8119 Business Telephone Number ( )

2. Policy Number(s):

3. Have you been at any of your places of business, or engaged in any work activity for payment, profit, or other compensation during your claimed period of disability? ☐ Yes ☒ No If yes, please give dates, hours worked, duties performed, and indicate how you were compensated.

Weekly or Monthly Earned Income Before Taxes $ 0 (please provide documentation of earnings)

If you have not returned to work, when do you expect to return to work? Part Time: UNKNOWN Full Time: UNKNOWN

How does your injury or sickness continue to impede your ability to perform your occupational duties? I REMAIN SEVERELY AND CHRONICALLY DEPRESSED. MY PROBLEMS REQUIRE CONSTANT ATTENTION

4. When was the last date you were treated by or consulted with a medical practitioner? JUNE 1, 2004

5. Describe your present activities: I SPEND TIME WITH MY ATTORNEYS. I HAVE GIVEN DEPOSITION TO A LARGE GROUP OF ATTORNEYS INVOLVED. ADDITIONALLY, I SPEND A CONSIDERABLE AMOUNT OF TIME DEALING WITH MY PROBLEMS. I ALSO SEE MY DOCTORS. WHEN I FEEL ABLE, I TRY TO EXERCISE AND SEE FRIENDS. I ALSO WORRY/RUMINATE.

Other than as described above, have there been any other changes in your daily activities or your condition since your last report? ☒ Yes ☐ No If yes, describe.
I HAVE BEEN DIAGNOSED WITH SEVERE ULCERATIVE COLITIS. I WAS HOSPITALIZED IN MAY. AT PRESENT THERE IS NO CURE AND I MUST TREAT THE DISEASE DAILY. MY DOCTOR HAS ORDERED ME TO AVOID STRESS.

6. Does your current condition prevent you from caring for yourself? ☐ Yes ☒ No Does someone provide assistance? ☒ Yes ☐ No
If yes to either question, please explain how.
I HAVE SOMEONE HELP ME WITH CLEANING THE PLACE I LIVE. ADDITIONALLY, FRIENDS HELP ME WITH CHORES.

7. Since the last report, have you applied for or begun to receive any other Disability, Workers' Compensation, Unemployment, Social Security, Retirement, or Pension benefits? ☐ Yes ☒ No If yes, please provide us with detailed information for each benefit in the space provided below. Please also report any changes to previously reported benefits.

| Source of Income: | Name of Insurance Carrier (if applicable) | Policy or ID No. | Benefit Amount Weekly/Monthly | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you have been approved or denied for any of these benefits, please submit a copy of Award or Denial letter(s).

The above statements are true and complete to the best of my knowledge and belief. (Your signature is required for benefit consideration.)

Signature [signature] Date 6-1-04

1365-99-CHAT (5/00)

RECEIVED 2004 JUN 7 ... CCC

09 857

PLACL00391

Claimant Name: Bruce R Talley Claim #: 409539

UNUMPROVIDENT

**CLAIMANT'S SUPPLEMENTAL STATEMENT**
Mail to: Chattanooga Customer Care Center, P.O. Box 12030
Chattanooga, TN 37401-3030
Claim Questions: 800.633.7479 Fax To: 423.755.3009

RECEIVED - CCC 2004 DEC 20 AM 11 28

**ATTENDING PHYSICIAN'S STATEMENT** (PLEASE PRINT)

1. Name of Patient: Bruce Talley | Social Security Number | Height | Weight | Blood Pressure Last Visit

2. Primary Diagnosis Including ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number: Ulcerative Colitis

Date of most recent treatment: 12 19 04 Date of next appointment: Frequency of visits: month

**PLEASE ATTACH ALL OFFICE TREATMENT NOTES SINCE LAST REPORT.**

3. Objective Findings since last report (including current x-rays, EKGs, psychiatric testing, laboratory data, and any clinical findings): occasional diarrhea

Please describe symptoms since last report: occasional diarrhea

Are there secondary conditions impairing your patient's work capacity? ☒ Yes ☐ No If yes, what are they? Stress.

4. If cardiac condition, what is the patient's functional capacity? (American Heart Association)
☐ Class 1 - No limitation ☐ Class 2 - Slight limitation ☐ Class 3 - Marked limitation ☐ Class 4 - Complete limitation

5. Has the patient undergone surgery, been hospitalized, or been referred to a medical rehabilitation or therapy program? ☒ Yes ☐ No
If yes, give details. (Name and address of provider, facility, and dates of service or referral).
Scripps Memorial 5.10.04 - 5.14.04

6. Please list names and dosages of all medications that patient is currently taking.
(1) 6MP 75mg day (2) Prednisone 3 mg day Being tapered. (3) Asacol 1200 mg twice daily

7. Have you referred the patient for other types of consultations? ☐ Yes ☒ No If yes, give details. (name and address of provider, facility, and date of referral)

8. Is return to work a focus of the treatment plan? ☐ Yes ☒ No If no, please explain.

**9. Information About the Patient's Functional Capacity**

Has patient been released to work in his/her occupation? ☒ Yes ☐ No In any occupation? ☐ Yes ☐ No If yes, provide date:
If no, when do you expect patient to be released to work in his/her occupation? Date: In any occupation? Date:

If the patient continues to demonstrate a loss of function, please provide current restrictions and limitations in the space provided below.

Fully describe restrictions and limitations.
RESTRICTIONS (What the patient should not do): Avoid ?? Stress

LIMITATIONS (What the patient cannot do): Avoid mental Stress

Give details concerning any change (improvement or deterioration). —

10. Additional Remarks

**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.
The above statements are true and complete to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| Print or Type Name: David Rosemann | Degree: MD | Medical Specialty: GI | |
| Street Address: 9850 Genesee Ave La Jolla CA | | Phone Number: (858) 453-5244 | |
| City | State | Zip Code | Fax: (858) 558-7322 |
| Signature of Physician: [signature] | | Date: Dec 11 04 | |
| SSN or Employer's ID Number: 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 | | | |

1386-90-CHAT (6/03)

Claimant Name: Bruce R Talley Claim #: 409539

PLACL00422

**MATTHEW F. CARROLL, M.D.**
3131 Camino Del Rio North, Suite 270
San Diego, California 92108
(619) 282-7172 Fax (619) 282-7626

December 30, 2005

UnumProvident Corporation
One Fountain Square 15C16
Chattanooga, Tennessee 37402

Attn: Tara Houts

Re: BRUCE TALLEY

Dear Ms. Houts,

At your request I have reviewed the records you sent me and interviewed Mr. Talley. The purpose of this report is to address psychiatric issues and disability issues per the questions listed at the end of this report.

## STATEMENT OF NON-CONFIDENTIALITY

Prior to the interview, I explained to Mr. Talley that the interview was not confidential and that all information gathered would be used in a report to be sent to UnumProvident. I explained to Mr. Talley that I would not be releasing the report to anyone else, including himself or his physicians. He understood and agreed to proceed with the evaluation.

## SOURCES OF INFORMATION

1. Interview with Mr. Talley on December 14, 2005, at my office for three hours and 15 minutes, with a follow up fifteen phone conversation.
2. Psychological evaluation from Shaul Saddick, Ph.D., dated December 13, 2005. This evaluation is 51 pages and was based on 29.5 hours of neuropsychological evaluations.
3. Form from W. M. Shipman, M.D., dated May 9, 2003.
4. A questionnaire filled out by Daniel Gardner, M.D., dated February 15, 2005.
5. Records from Richard Friedman, M.D. from October 3, 2004 to November 2, 2004.
6. Records from David Roseman, M.D. from May 10, 2004 to November 21, 2005.
7. Records from Diana Weiss, Ph.D. from September 4, 2002 to September 2, 2003.
8. Psychiatric Statement of Continuing Disability, dated March 31, 2003.
9. Records of telephone conversations from October 2002 to February 2003.
10. Claimant's Supplemental Statement, dated September 14, 2004.

PLACL00943

Re: Bruce Talley
December 30, 2005
Page 2

**BACKGROUND HISTORY**

Mr. Talley told me that he was 46 years old. He was born on [redacted] He was born and grew up in South Dakota. He had two brothers and one sister. One brother died in a hunting accident about 10 years ago. His sister died of breast cancer about eight years ago.

His father was a farmer and a rural mail carrier. He died of a heart attack the year Mr. Talley graduated from college. His mother worked as a nurse.

Mr. Talley's mother is 81. She still lives in South Dakota. He visits her a couple of times a year.

As a youth, he said he saw a psychologist or psychiatrist once. His parents separated when he was 15. They eventually got back together. At that time he went to live with his brother. He was sent to see someone for family counseling.

As a youth he did not have any history of physical, sexual or emotional abuse.

As a youth he began working around the age of eight on the farm; he drove tractors in the summer. On the farm they raised small grain, hogs, sheep, and cattle. At one time they had about 1000 sheep and 300 cows.

**EDUCATIONAL HISTORY**

Mr. Talley graduated from high school in South Dakota. He said it was a very small school with less than 50 children. He did well in school, but he said he was kind of lazy. He related that the academics of the school were not very difficult. For example, he was the only child in school who took trigonometry and geometry.

Following high school he went to the University of South Dakota for a year. In the fall of the second year he took the semester off to go to Alaska. He then went to South Dakota State University. He majored in commercial economics. He said the first couple of years his grades were only in the middle, but by his junior and senior year he had excellent grades.

As a youth he said that he was active and busy. He was on the high school basketball and track team program. He was also on a quiz show program. His school came in second in the state. He was the leading competitor for his school.

PLACL00944

Re: Bruce Talley
December 30, 2005
Page 3

**ALCOHOL AND DRUG HISTORY**

Mr. Talley said that he smoked a little bit of marijuana in college. He otherwise has not used any illegal drugs. He said that he rarely drinks. He has not had any alcohol or drug problems in his lifetime. He has not had any DUIs or alcohol-related incidents.

**RELATIONSHIP HISTORY**

He is single. He has no children. He is not currently in a romantic relationship.

He said in the past he has had a string of girlfriends. He told me he came close to marriage a couple of times. He has tried to date a little bit in the past few years, but he has not been interested. He said he has not had any sexual or romantic interest for about four to five years.

**MEDICAL HISTORY**

Mr. Talley related that he was first diagnosed with ulcerative colitis in May 2004. He said that the doctor told him that he probably had had this for a while, but that the symptoms increased because of stress.

In October 2004 he related he had an incident where he woke up with chest pain, his left arm was hurting and he felt dizzy. He had shortness of breath. He called 911 and was brought to the emergency room. He was evaluated and nothing was found to be cardiac. He was set up to have a 24-hour Holter monitor, which was normal. He had another episode similar to this in March 2005. He again went to the emergency room. He told me the cardiologist told him this was probably stress-related. Since that time, he said he has not had any episodes quite as bad, but he will get varying degrees of these episodes from time to time. The last time was about two weeks ago when he had some mild chest pain. At other times he will have an intermittent increased heart rate. In terms of having the full-blown episodes, he said he has had those about four to five times total. As noted, on two of those times he went to the emergency room.

**CURRENT MEDICATIONS**

Zoloft 25 mg a day. He told me he has been taking the Zoloft for one year. He also takes Asacol, Folic acid and mercaptopurine.

**LEGAL HISTORY**

Prior to the current work-related problems, he has had no legal history. He has had no prior workmen's compensation cases or civil lawsuits. He has had no prior criminal history.

PLACL00945

Re: Bruce Talley
December 30, 2005
Page 4

**OCCUPATIONAL HISTORY**

When he was younger he worked on a farm. In college he worked on a fishing boat in Alaska and had some part-time jobs. Following college he sold Auto Club memberships and worked in a bar.

In 1982 he decided to get out of South Dakota and come to San Diego. He did not have a job lined up. He had a friend who had a job lined up in Orange County, so he came out with the friend. While here in southern California, he decided he wanted to work for a brokerage firm. He had known someone in college who had worked for a brokerage firm and he thought that this sounded like a good job. He literally started calling people in the Yellow Pages.

He was able to obtain a job with M.L. Stern & Company which he told me was a brokerage company. He said initially he was given a phone and a phone book and told to make contacts. He cold-called to sell municipal bonds. He found that he was quite good at making contact with people to sell the bonds. He told me that he obtained most of his work initially by calling a retirement community in Laguna Hills.

At the age of 23, after working for about a year, he was making $2-3,000 a month, all on commission.

Around September or October 1983 he went to work for Miller & Schroeder in Solana Beach. He said that they were another brokerage firm and that they needed someone who was good in sales. He took to this job very well. His job was selling bonds to high net worth individuals. He told me he had a knack for making contact with people and explaining municipal finance in a simple, straightforward manner. He developed a very large customer list of very rich individuals. He was very successful at this and by age 25 he was making over $100,000 a year. His business continued to grow and he was making over $500,000 a year before he left work.

He explained to me that his firm was also starting to work on loan participations. He said that he started working in this around 1995 and by the year 2000 this was approximately 70 percent of his business. He told me that loan participation was when his company would sell loans to banks. They were able to make an inroad with the various Indian casinos which were going up throughout the country. Mr. Talley said that if he had continued on at the same pace he would have been making over $1 million a year.

Mr. Talley related that he was doing extremely well. He bought an ocean-view home in Del Mar, California. He bought the lot in front of it to preserve his view. He then remodeled the house. He estimated that at his peak he probably had $3-4 million in assets.

PLACL00946

Re: Bruce Talley
December 30, 2005
Page 5

He told me he was very busy at work. He said he was usually the last to leave the building. He worked around 40 hours a week. A typical day would be from around 7:30 to 5:00 or 6:00. He would run at work and go to the gym every evening.

Mr. Talley related to me that he worked with a man named Jim Iverson. He said this man ran the West Coast operations of the company. Throughout the years, he said that his relationship with Mr. Iverson was like a relationship in a family. This man was a former SEC lawyer. They all got along and Mr. Talley assumed that there was absolutely no malfeasance in the firm in any way.

**ACCOUNT OF INJURY**

Mr. Talley explained to me that around early 1996 there was a man named Robert Kasirer who enlisted his firm to help finance a nonprofit hospital in Rancho Cucamonga. Apparently the hospital was built but never opened initially. Mr. Kasirer then was involved in somehow refinancing the hospital through various bonds.

Mr. Talley explained to me that his company had done other financing with this individual over the years for Columbia Healthcare Facilities which were opened as Alzheimer's facilities. Mr. Talley sold bonds for the hospital in these various facilities to his clients.

In 1999, Mr. Talley's company was going to be merged with another company. During the investigations of the companies prior to the merge, they discovered that Mr. Kasirer was doing unauthorized transfers of money. Because of this there was not enough money to finish the facilities. In August of 1999 the problems became widely known. Mr. Kasirer also had a series of housing bonds going on at that time and Mr. Talley had sold these bonds.

He explained to me that First Trust Bank had apparently allowed money to be transferred and intermingled, although it was not supposed to be. Therefore, both Mr. Kasirer and First Trust Bank had acted illegally.

By the year 2000, this was apparently out in the open, but Mr. Talley's company was not dealing with the situation. By the fall of 2000 the bonds stopped paying interest and the customers became very upset. The people that bought bonds from him stopped buying them from him. The merger deal was called off. The bonds defaulted and millions were lost. At this point, Miller & Schroeder decided to close down the bond division and only keep the loan division.

They terminated most of the employees, but kept Mr. Talley on in the loan division.

PLACL00947

He said he was so upset about how Miller & Schroeder had handled things that in January 2001 he went to U.S. Bank Corp. and worked for Piper Jaffray. He was given a $900,000 signing bonus.

By the fall of 2001 people were suing over difficulties with the bonds. Because he had sold the bonds, Mr. Talley was now named in various lawsuits and arbitrations. When this came to a head, Mr. Talley learned that Mr. Kasirer had apparently been involved in very shady dealings in the past and had prior lawsuits for millions of dollars. Apparently the individuals at Miller & Schroeder knew this, but Mr. Talley was completely unaware of this.

He said that Miller & Schroeder did not have the money to pay for his defense costs in the lawsuits. He therefore had to spend hundreds of thousands of dollars to defend himself. There were a total of eight lawsuits which all came to a head around the year 2001 and 2002.

During this time, Mr. Talley said that he became suicidal and was consumed by the cases. He was depressed, frustrated and upset. He was having severe financial problems.

His father had left him a portion of the family farm. However, he knew that if he lost the lawsuits or declared bankruptcy, this could be liquidated. Therefore, he sold the family farm to his relatives. By law he had to sell it to them at market value and this caused them to have significant financial problems. He related to me that he had relatives who literally were buried on the farm and that the family could not take a chance of someone else getting a hold of the farm, for emotional reasons. This has caused a strain between him, his mother and his brother.

By 2001, he said that he was so overwhelmed and consumed with the case that he was having difficulty functioning emotionally. He told me that his psychologist told him to go on disability.

Mr. Talley said that he heard his mother say, "All he can think of is how it affects himself," in terms of the sale of the farm. He found this to be devastating.

He had to sell his home in Del Mar and liquidate all his assets. He did not lose money on his home, but had to sell it for a substantial discount as he could not even make the mortgage payments and he had to sell it quickly. At this point, he informed me that he lives off the benefits from Unum and from assets that are left from the sale of the home.

He related to me that he gets about $7,900 a month from UnumProvident. However, because of some paperwork snafu, he does not receive about $20,000 a month, which is what he believes he should be receiving. He explained to me that there was some technicality in filling a form out that caused him to lose the greater benefit. (This appeared to be a specific financial/legal issue that was beyond my scope of expertise.)

PLACL00948

Re: Bruce Talley
December 30, 2005
Page 7

I asked Mr. Talley what happened to all his money. He told me that the legal fees and ongoing house payments took much of his money. After he had stopped working he was still living in the house with a mortgage payment of about $10,000 a month. He related he had spent hundreds of thousands of dollars in defense of his case. He did settle some of the cases, simply to make them go away. The settlements were usually for around $30,000 or so, but that added up as he had multiple cases.

At this point he is pursuing a lawsuit against all the parties involved. He explained that the judge has made a ruling that he would have to come up with a $220,000 bond to cover his legal costs before he could sue the various parties. He related extreme frustration over this because he does not have this money.

Additionally, he said he is under extreme stress because Piper Jaffray may sue him. This is because he was given a $900,000 signing bonus and he is fairly sure they are going to want to get it back. After about a year of being off work he was fired by Piper Jaffray.

Mr. Talley went on to tell me, "I cannot do that business ever again." "I don't trust the system." He additionally stated, "The legal system doesn't protect the little person."

He related that he had been lied to directly by Jim Iverson, who was someone he had trusted and viewed almost at the level of a family member. He told me that he did not trust anyone in the bond/loan business. He said that this has completely ruined his life.

I asked Mr. Talley specifically if he thought he could perhaps work for a different company. He told me that he could not. He said that he has no trust in anyone involved in the whole municipal bond/loan business. He related that he had been lied to by Mr. Kasirer and by Mr. Iverson, and that even First Trust Bank was involved in malfeasance. That being the case, he said there is no possible way he could ever trust anyone working in the system. I asked him if he honestly thought that everyone working in the system was dishonest. He told me that he did not think that everyone was, but that if 5-10 percent of the people were, he would have no idea whom he could trust.

**DAILY ACTIVITIES**

I asked Mr. Talley what his daily activities were. He said that he goes to doctors' and lawyers' appointments which take up much of his time. He said the last year and a half he has been studying Russian as a hobby. He meets with a Russian tutor about two to three times a week for two hours. He finds this to be very relaxing. He hopes someday to eventually go to Russia and perhaps live there.

PLACL00949

He exercises and goes to the gym daily. However, he related that he does not have the same intensity as he used to. He does not run as he used to.

He informed me that his appetite is up and down.

He noted that he has difficulty sleeping most nights. For example, the night before the evaluation he said he fell asleep at 6:00 and slept until midnight, but then was essentially awake the rest of the time.

I asked him if he socialized. He told me, "I see my friends." He has moved from the Solana Beach area to downtown San Diego. (This is about a half hour drive with no traffic and over an hour with traffic.) He told me that his friends rarely come down to visit him.

He told me that he goes to movies about two times a week. He is renting a downtown loft in San Diego for about $2400 a month. He related that he does not cook and he eats out most of the time. At that point he remembered that he has had some weight loss, about 11 pounds since October of this year.

I asked him more about his exercising. He related that he used to run six to eight miles a day; now he will occasionally run a mile and a half to two miles only.

I asked him about what he watches on television. He said he has stopped watching TV or listening to music. He said he used to listen to the radio, but he no longer does.

The gym he goes to is still in Solana Beach, so he does drive up there daily. He cannot drive by his old home as he says it is too upsetting.

**PSYCHIATRIC HISTORY**

He related that he began seeing Dr. Diane Weiss around 1994 when his brother died. He also saw her again around 1996 when his sister died. He occasionally kept in touch with her over the years. Around 2000/2001 when the lawsuits were going on he started seeing Dr. Weiss on a more regular basis. Dr. Weiss suggested that he be hospitalized. He did not want this, but he went on disability.

He goes to Dr. Weiss about weekly. He initially had been seeing Dr. Shipman, who is a psychiatrist, when he went on disability. However, Dr. Shipman has since deceased. He initially tried the medications Wellbutrin and Lexapro. For sleep he has tried Unisom and has used Dalmane on a rare occasion. He began seeing Dr. Gardner in September 2004 and he has been on Zoloft since.

PLACL00950

Re: Bruce Talley
December 30, 2005
Page 9

**PSYCHIATRIC SYMPTOMS**

He related that he has had some suicidality. He has impulses to crash his car. He also has impulses of putting his toe on the trigger of a .12 gauge gun. When I asked him if he had a gun, he told me that he does own a .12 gauge shotgun but that it is in storage. He has not gotten it out of storage. He related to me that these thoughts are only "vague fantasies" and that he has never had any real thoughts of killing himself, but that he does have these images go through his head.

He said that his concentration is poor. He told me that he can read, but he reads less than he used to. He said his sleep is poor and he has lost interest in daily activities. He said he has lost patience with most of his friends and his friends notice he is more sensitive. He feels depressed and anxious most of the time.

**FUTURE PLANS**

Mr. Talley said that ultimately he wants to leave the country. He traveled to Russia in the fall of 2004. He is thinking that perhaps this would be the best place for him to go.

He is hoping to come to some sort of agreement with UnumProvident. He related to me that there was an incident around May of this year when apparently someone from UnumProvident called him up and mentioned that they might want to propose a settlement. However, they never followed up with this. He said that he is thinking that perhaps a settlement would be best because he would then have a bankroll to start a new life in a new place outside of the United States.

We again discussed possible future plans of going back to his prior work. He related that he could not do it because he is disillusioned, angry, upset, depressed and occasionally suicidal. He told me that he absolutely could not trust anyone in this situation. He told me that there is no possible way he can ever go back into the municipal bond business under any circumstances.

PLACL00951

**MENTAL STATUS EXAMINATION**

Mr. Talley was an adequately groomed man who showed up for his appointment a few minutes late. He was kind enough to call me ahead of time, and he was very apologetic. He was cooperative with the interview. He initially expressed frustration about the whole process and he explained to me that he had significant problems with UnumProvident and with Dr. Saddick.

His eye contact was good. His speech was of normal rate, rhythm and volume. There was no evidence of any psychotic thinking. He did not have hallucinations. There was no evidence of any delusional material. During the interview, he demonstrated no gross cognitive or memory deficits. He displayed adequate insight and judgment during the interview. His stated mood was depressed. He had a full range of emotional expressions. He did appear to be agitated significantly when discussing his case. He also was very agitated when discussing UnumProvident and Dr. Saddick. He denied any overtly suicidal thoughts. He denied any homicidal thoughts. He was very unhappy about the people involved in the municipal bond business, but was adamant that he would never harm anyone.

## REVIEW OF RECORDS

**Review of Neuropsychological Evaluation by Shaul Saddick, Ph.D., dated December 13, 2005**

Dr. Saddick's report noted that when Mr. Talley was discussing the work problems he began crying and put his head in his hands during the interview. Dr. Saddick noted that Mr. Talley appeared to be very animated and full of energy when relating his story, but at the same time was tangential, distracted and scattered. He also began crying profusely when discussing selling his share of the farm.

He told Dr. Saddick, "The doctors told me I am permanently disabled from this business and I should not get back into it." He specifically stated, "I cannot go back to investment banking. I cannot survive in it. I cannot even drive by the building where I used to work."

He told Dr. Saddick that his concentration at times was poor. He said that sometimes he forgets things, like losing his keys. He related that he is disorganized and scattered.

He told Dr. Saddick that he last worked around October 2002. Dr. Saddick noted that when he asked him questions about his employment history Mr. Talley acted in an irritated manner, stating, "Why don't you look those up yourself, I gave that information earlier."

When Dr. Saddick spoke to him about his brother's death, he responded in an angry tone that he had already asked the question and told Dr. Saddick to look at his notes and also accused Dr. Saddick of asking a crass and insensitive question. Mr. Talley told Dr. Saddick, "I have been to three separate doctors who have come to the conclusion that I am permanently disabled." He was not happy with the length of the exams. Dr. Saddick noted that Mr. Talley was very tangential, over-elaborate, and extremely verbose. He informed Dr. Saddick, as he did me, that there was "no way" he was going back to work as an investment banker.

PLACL00952

Re: Bruce Talley
December 30, 2005
Page 11

Dr. Saddick noted that Mr. Talley's performance on some of the neuropsychological tests were idiosyncratic and unusual, suggestive that he was attempting to appear much more impaired than he actually was. Dr. Saddick noted that his performance pattern suggested that he actually knew the correct answers but was holding back on giving the correct answer.

On the Boston Diagnostic Aphasia Examination Complex Ideational Material Test he failed items that were relatively easy and answered correctly by most patients, including those with significant brain damage.

On one of the test days Dr. Saddick noted that his overall demeanor was best characterized by hostility, passive-aggressiveness, and rudeness. Dr. Saddick also commented that Mr. Talley demonstrated excellent stamina. He was able to work throughout the day without appearing fatigued.

On a series of tests that note effort, Dr. Saddick felt that the data as a whole strongly suggest that Mr. Talley was not putting forth maximal effort on the neuropsychological test. He said this raised the probability that he may have been deliberately trying to appear much more cognitively impaired than he actually was.

On the Memory Complaints Inventory, the data suggested that Mr. Talley was highly exaggerating his subjective symptoms, especially those associated with memory and concentration.

On the MMPI-2, Dr. Saddick's conclusion was that Mr. Talley's subjective complaints should be viewed with a great deal of caution, since the likelihood of exaggeration and distortion of emotional/psychological symptoms appeared to be high.

Overall, Mr. Talley's intelligence appeared to be quite high, with a full-scale IQ of 121. He did perform better on the verbal scores.

Dr. Saddick administered a wide variety of tests addressing many areas of cognition and thinking. He performed better on some areas than others. Overall Dr. Saddick opined that the current objective neuropsychological test data were not consistent with the presence of an underlying cerebral dysfunction. He noted that the data do not suggest the presence of a cognitive dysfunction. However, Dr. Saddick noted that the data suggest that Mr. Talley was not putting forth maximal effort and raised the possibility that he was deliberately trying to appear much more cognitively impaired than he actually was. The data strongly suggest the probability that he was exaggerating his complaints and deficits. Dr. Saddick noted that some of the tests that Mr. Talley performed poorly on were tests that even patients with major depression and significant brain damage would be expected to pass.

PLACL00953

Re: Bruce Talley
December 30, 2005
Page 12

Overall, Dr. Saddick noted an unusual and inconsistent performance on the MMPI-2 and on other neuropsychological measures regarding attention, concentration, memory, reasoning, and logical thinking. He did not feel that this should be construed to mean that Mr. Talley is consciously malingering his cognitive and emotional deficits. However, he did feel that the conclusion can be safely drawn that Mr. Talley was presenting himself in a much worse negative light than what he is actually experiencing.

Overall, on Axis I Dr. Saddick felt that there was no objective evidence of a neurocognitive, cognitive, or neuropsychological dysfunction. However, he did see symptoms of a dysthymic disorder, a generalized anxiety disorder, and a major depressive disorder. Additionally, he noted symptoms of a personality disorder with avoidant, self-defeating and passive-aggressive as well as paranoid features.

Dr. Saddick noted that the factors that are operating and influencing this case in his opinion were adoption of a sick role, lack of motivation to return to work, and especially secondary gain.

Dr. Saddick goes on to note, "Given the neuropsychological profile obtained in this examination, I am of the opinion that secondary gain (monetary settlement) is a chief factor influencing this case."

Prior to my formally asking questions, Mr. Talley wanted to explain to me issues he had with his neuropsychological evaluation. He told me that he wanted to address concerns that Dr. Saddick's testing did not adequately address his situation. He went on to say that he felt pressured for time from Dr. Saddick. Mr. Talley went on to note that he went from 9:00 to 6:00 o'clock with no lunch break during his time with Dr. Saddick. He said that Dr. Saddick himself was late to start the evaluations and that he was starting late after they took breaks. He related that he took a test in ink. He told me that he made some mistakes on the test and that Dr. Saddick was annoyed and complained to him. Mr. Talley went on to say that he felt very pressured and stressed from Dr. Saddick's reactions. He said in one afternoon session they went through a series of questions testing his memory. While this went on he told me that Dr. Saddick looked very annoyed at him and told him that he was passive-aggressive and hostile. He told me he had another test which he had to take in the waiting area. He said it was very difficult because he was sitting next to a woman with a cell phone. He told the staff about this and then they put him into a kitchen/snack area. However, this was interrupted by people coming in to get food and drinks.

Mr. Talley went on to tell me that when he was asking Dr. Saddick questions about the test that Dr. Saddick "berated" him because he apparently asked the same question twice. He told me Dr. Saddick raised his voice at him and constantly told him that they were running behind. At one point he said that Dr. Saddick became angry at him because they were running late on a test, and Dr. Saddick said he needed to leave because he had to fill a prescription.

PLACL00954

Re: Bruce Talley
December 30, 2005
Page 13

Mr. Talley additionally said that the office was very cold, and when he complained about this Dr. Saddick told him that he liked to keep the temperature at 65 degrees. Mr. Talley noted that he felt very upset and confused during the examination and felt that he did poorly because of this.

He said, for example, he did a pattern test that involved numbers, shapes and patterns. He told me that Dr. Saddick repeatedly asked him why he was answering questions wrong. He said he simply did not see the pattern, but Dr. Saddick appeared to be very annoyed at this. He went on to say he did not feel the testing was indicative of his abilities.

I asked him if he could try to summarize the specific issues that he had with the psychological testing. He stated that Dr. Saddick called him names, continuously told him that they were behind, expressed unhappiness to him when he wanted to change the testing site, complained about staying late because he had to pick up a prescription, and kept the office too cold.

**Review of form from W. M. Shipman, M.D., dated May 9, 2003**

This form appears to be missing the first page. The medications prescribed are Wellbutrin and Xanax, with a DSM-IV diagnosis of 296.23. (Major depressive disorder, single episode)

**Review of questionnaire filled out by Daniel Gardner, M.D., dated February 15, 2005**

Dr. Gardner diagnosed Mr. Talley with a major depressive disorder, single episode. Occupational problems are noted on Axis IV.

Under the Functional Capacities section, it is noted that he has marked anxiety and mistrust of working with people in the financial industry. Records note that he is unable to perform under stress, due to reduced ability to focus, lack of self-confidence, and self-doubts. Dr. Gardner goes on to note, "He cannot sell investment products to the public." Records note that he had tried Lexapro and Effexor in the past. Dr. Gardner felt that when his depression lifts that he would likely have the skills to work in an area outside of the financial industry.

**Review of records from Richard Friedman, M.D.**

On November 2, 2004, there is a 24-hour Holter monitor report which was normal. The records contain an EKG and handwritten notes from Dr. Friedman which I could not decipher. He has a consultation from October 3, 2004, noting that he has suffered from atypical chest pain. An echocardiogram from October 13, 2004, notes some mild thickening of the ventricular septum but otherwise a normal examination.

PLACL00955

Re: Bruce Talley
December 30, 2005
Page 14

**Review of records from David Roseman, M.D.**

Mr. Talley brought a letter from Dr. Roseman dated November 21, 2005. This letter noted that if he resumes his work, it will unduly aggravate his underlying colitis. The letter notes, "As I understand it, he has experienced considerable stress in the brokerage business and I advised him to discontinue this line of work indefinitely."

Dr. Roseman also has a letter from December 17, 2004, noting, "I have suggested that he avoid stress as much as possible. I believe it would be beneficial for him to spend 6-12 months in Russia, studying Russian culture and language. This would fulfill his goals in life and also remove him from stressful conditions related to legal matters in this country."

A note from December 9, 2004, noted that he has occasional diarrhea and he has had episodes of waking up with chest pain, shortness of breath and pounding in his head. The letter goes on to note that subsequently he went to Russia for two weeks and he was quite well.

In a note from October 5, 2004, Dr. Roseman notes, "Mr. Talley is interested in Russian culture and language. I think it would be beneficial for him to spend time in Russia, even up to a year, pursuing his cultural interest. Being away from the stresses in San Diego that have exacerbated his ulcerative colitis has been very salutary and I think will help keep him in remission."

A note from August 26, 2004, noted, "Returns from two months in Europe. Had only two minor flares. Under stress of legal matters."

In a history and physical from May 10, 2004, Dr. Roseman notes that the colonoscopy noted extensive changes of universal ulcerative colitis.

**Review of records from Diana Weiss, Ph.D.**

Unfortunately, all of these records are handwritten and they do not appear to be signed. However, they were in the paperwork given to me, noting that they were from Diana Weiss-Wisdom, M.D. In speaking with Mr. Talley, I believe that Dr. Weiss is a psychologist.

These records contain a form dated September 2, 2003, with diagnosis of 296.24 (Major depressive disorder, single episode with psychotic features.) and 300.4 (Dysthymic disorder), noting that he doubts his ability to make good decisions and circular confused thinking, as well as poor short-term memory. The record then noted that he would like to return to work as soon as possible. The time frame expected at that time was six to nine months.

PLACL00956

There is a handwritten note dated September 2, with no year noted. This is difficult to read. It appears to note that Piper Jaffray was sending him zero-cent checks. The record then talks about him being smitten with unavailable girls.

He has a record from August 26, 2003, noting that lawyers for the bankruptcy trust were suing him. This is apparently because they thought he was a supervising officer. Records note that he was depressed and felt suicidal.

On August 13, 2003, records note that he was selling his home and felt devastated. He was noted to be depressed and discouraged. There are similar records on August 21, 2003.

In the month of July there are notes from July 3, 16, 22, and 30, 2003. In June there are notes from June 4, 11, 17 and 25, all speaking of depression. The earliest note I have is from September 4, 2002. Many of the notes are only one or two lines with a consistent theme of depression, occupational problems, and some issues of difficulties with women.

In my reading of these records, I did not see anything to suggest that the therapy had been oriented toward a return to work. However, some of the records noted that he said he wanted to work.

**Review of Psychiatric Statement of Continuing Disability, dated March 31, 2003**

He has a diagnosis of major depression, single episode. Diana Weiss, Ph.D., is the signature on this. He has a similar one from November 25, 2002.

**Review of telephone conversations from October 2002 to February 2003**

These records note in February 2003 "no work for at least six months." The records go on to note that Dr. Weiss called and was concerned about his symptoms and that he was suffering from depression.

**Review of Claimant's Supplemental Statement, dated September 14, 2004**

This statement, which is signed by Diana Weiss-Wisdom, notes that the psychiatrist is Mikel Weinberg, M.D. Diagnosis continues to be major depression.

PLACL00957

Re: Bruce Talley
December 30, 2005
Page 16

**DIAGNOSTIC IMPRESSION**

| | |
|---|---|
| Axis I: | Occupational problem. |
| | Major depressive disorder, single episode. |
| Axis II: | None. |
| Axis III: | Ulcerative colitis. |
| Axis IV: | Occupational problem. |
| Axis V: | Global Assessment of Functioning: Currently, 60. |

**REFERRAL QUESTIONS**

1. Describe current psychiatric symptoms and objective clinical signs, if any, and generate a full DSM-IV diagnosis. Are symptoms supported by objective signs and psychological testing? Do symptoms currently limit Claimant's occupational functions, with what specific areas/degree of impairment? Specifically, do not offer an ultimate opinion regarding total or partial disability.

   In my opinion, Mr. Talley has suffered from a major depression. He has had a depressed mood, suicidal thoughts, decreased interest in activities, poor sleep, a fluctuating appetite, and a decrease in interest in things that used to cause him pleasure. In my opinion, his symptoms are indicative of an individual who has suffered from depression. He has had symptoms of anxiety that in my opinion do not warrant a separate anxiety disorder diagnosis, and are related to the depression and occupational problems. His symptoms have improved as he has resolved most of his lawsuits.

   The difficulty in this case is that his psychological testing was inconsistent and suggested that he was exaggerating symptoms. Clearly Mr. Talley did not get along with Dr. Saddick. He felt that Dr. Saddick treated him poorly. Dr. Saddick's testing, which is extremely extensive, suggests that there is no actual cognitive deficit in this case, but that there are symptoms of depression and anxiety. I agree with these findings.

   In regard to the symptoms limiting his occupational functioning, it is important to differentiate between an occupational problem and a major depressive disorder. This is a man who has been depressed, based on all his records. He continues to exhibit some symptoms of depression. However, he is able to go to the gym on a regular basis. He goes out to eat frequently. He studies Russian and has shown the capability of traveling overseas. His psychiatrist has been treating him with 25 mg of Zoloft, which is a low dose, for the past year. There have been no medication changes. These factors all suggest that, although he is depressed, his depression is stable.

PLACL00958

Mr. Talley is very bitter, angry and disillusioned over his work in the financial industry. This is a man who was making over a half million dollars a year at a young age, had a beautiful ocean-view home, and had a job that he enjoyed greatly. This all came crashing down with a series of lawsuits related to financial malfeasance in the industry. Mr. Talley has absolutely no desire to return to the financial industry. This is primarily an occupational problem.

2. Please assess for significant Axis II diagnoses/traits and any impact on Claimant's ongoing disability claim.

Dr. Saddick noted significant Axis II symptoms and in fact felt that Mr. Talley suffered from a personality disorder. He is passive-aggressive in regards to return to work. He has absolutely no desire to return to work. He has made this adamantly clear to both me and Dr. Saddick that he will not return to his previous job. I must respectfully disagree with the diagnosis of a personality disorder, however. This is a man who, until there were significant work problems, was able to graduate from college, stay out of legal problems, have no alcohol or drug issues, and was very successful in his work. In my opinion, his behavior does not rise to the level of a longstanding maladaptive pattern of behavior that causes him significant problems in his life.

3. Please comment on non-clinical factors (motivation to return to work, secondary gain, etc.) that may impact on Claimant's disability claim.

The primary issue in this case is a complete and utter lack of motivation to return to his previous work. This is understandable. Mr. Talley's life has completely changed due to significant work problems and what appears to be criminal actions of others. He has lost trust in individuals in this field. He feels that he could not work with anyone in this field. He is afraid that there could be financial illegalities and that he would be responsible and personally sued if something wrong happened.

This is not a mental illness, but is Mr. Talley's reaction to a very unpleasant situation in his life. From a functional standpoint, he could return to his prior work. There is not evidence to suggest that he has lost all abilities that he had in making contacts, selling bonds, etc. He however, has lost trust in all individuals in this field and therefore does not want to do this. His ongoing bitterness of all that he has lost, and his extended legal battles are accounting for these symptoms. His own physician, Dr. Gardner, has noted that it is likely he would eventually be able to return to work, but not in the financial industry, due to anxiety, mistrust and self-doubts about the financial industry. This suggests that the issue is an occupational problem.

PLACL00959

Re: Bruce Talley
December 30, 2005
Page 18

In regard to issues of secondary gain, Mr. Talley does have financial secondary gain in this case. Although he is not making nearly as much money as he was in the past, for a single man living in an apartment he is receiving sufficient money to live a comfortable lifestyle without working. Ultimately he would like to leave the country, probably to Russia, and start another business. The larger issue of secondary gain is his desire to avoid what had become an unpleasant work situation.

4. Please comment on adequacy of current treatment and whether treatment is oriented towards return to prior level of occupational function. Please offer any treatment recommendations aimed at optimizing clinical and occupational function. Assuming appropriate treatment, please outline prognosis and estimated time frame for a recovery to pre-disability level of function.

There does not appear to be any treatment oriented toward a return to work at the prior level of functioning. The records available to me suggest that his physician's feel that he will not be able to work in the financial industry ever again. The records from the psychologist do not report any evidence at this time that the therapy has been oriented toward returning to work. Dr. Gardner's records do suggest that the ultimate goal is for this man to eventually return to work, but in a field outside the financial industry.

Dr. Roseman feels that he would benefit from going to Russia to study for a year. Most individuals would enjoy an extended holiday away from life's stressors. This is not a standard treatment plan in the medical field

His treatment for depression has been with a very low level of antidepressant without any changes for approximately the past year. This is suggestive of relative stability in his depressive symptoms.

Assuming appropriate treatment, I would opine that if his therapy were oriented toward a return to work, he could return to work in a six-month period of time. The problem is that he has no motivation to return to work. Additionally, his therapists are not working with him toward that goal. He does have some symptoms of anxiety and depression. He would need to have therapy to help him deal with these symptoms in the workplace.

5. Please review in detail the psychological testing on file within the medical record and comment specifically on areas where you agree/disagree.

I agree with Dr. Saddick's report. Dr. Saddick performed an extremely extensive evaluation with multiple psychological tests. There are some inconsistencies in the tests. Dr. Saddick in his report explains the reason for most of these inconsistencies. Dr. Saddick feels that Mr. Talley was not necessarily giving his best effort at times during the

Re: Bruce Talley
December 30, 2005
Page 19

evaluation. Based on my interview with Mr. Talley, some of the discrepancies can likely be explained by the fact that for some reason Mr. Talley did not get along with Dr. Saddick. He did not want to be there for the evaluation. He felt that Dr. Saddick treated him poorly. This likely would account for lack of motivation on certain tests at certain times. This does not mean that Mr. Talley was purposely malingering or purposely underperforming. This suggests that in his emotional state of being upset, angry and frustrated that he may not have given his best effort. Mr. Talley in fact told me that he did not feel that the psychological testing was necessarily accurate.

The only primary disagreement that I have with Dr. Saddick is that I did not feel that Mr. Talley has a personality disorder. The reason for the differences in our opinion appears to be clear. Dr. Saddick spent almost 30 hours with Mr. Talley and during that period of time noted symptoms of a personality disorder. I agree that it is likely that Mr. Talley did exhibit symptoms of a personality disorder during his evaluation with Dr. Saddick. The difference, in my opinion, is that when one takes a look at Mr. Talley's life in totality, he had not exhibited symptoms of a personality disorder in the past. It is unlikely that he developed a personality disorder after the age of 40.

**SUMMARY**

In summary, the primary issue in this case is a severe occupational problem. Mr. Talley was making large amounts of money at a very young age and he was enjoying his job. This was all taken away from him and he was sued by multiple individuals. This clearly was a devastating event in his life and did cause him to be depressed. At this time, in my opinion, it is not his depression that is holding him back from returning to his prior level of functioning, but his lack of desire to return to the profession.

Sincerely,

Matthew F. Carroll, M.D.

PLACL00961

UNUMPROVIDENT

October 17, 2005

**RE: Certification Statement for Independent Assessment Report on Bruce Talley**

Matthew F Carroll, MD
3131 Camino Del Rio North, Suite 270
San Diego, CA 92108

Please sign this document attesting to the following:

*I have reviewed all information, records, and data provided to me by the Company.*
*I have responded to the questions presented based on my education, training and experience.*

**(Provider's signature)**

Please attach this document to your report.

Rev: 2/05

PLACL00962

# Welcome to Black Sea Development

**Call Bruce at 858-344-9165**
**In Russia call (011) 7 916 135 1707**
**Info@blackseadevelopment.com**

***"I have spent the last 5 years living and traveling in the Russian Federatio the language and culture and making personal and business contacts. Du time I have seen the country change very quickly. Russia's natural resour given the country a huge currency reserve and a strong economy. Moscow one of the most rapidly growing cities in the world. Construction, manufa retail have exploded there. However, other regions are beginning to exper type of growth and development. I believe there are great opportunities ownership and real estate development in these regions, as well as Mosco end, I have established companies in Russia, purchased property and iden of opportunity, including specific ventures. My network in Russia is const searching for projects with great potential. I am seeking financial partner in the best."***

***Bruce Talley***

| Russia | Krasnodar/ Black Sea Region | Projects |
|---|---|---|
| Russia Map | Black Sea Map | Krasnodar Hote |
| Russia Overview | East Black Sea/Krasnodar Region Map | Kropotkin Shop (Updated) |
| History | Krasnodar Region Overview | Fast Food |
| Demographic Facts | Krasnodar | Gelendzhik Res |
| Political | Kropotkin | Gelendzhik Apa (Updated) |
| Economy | Novorossiysk | Gelendzhik Yacl Club/Harbor (U |
| Moscow Development | Gelendzhik | Property Acquis |
| | Sochi | Gelendzhik Spo and Shopping C |
| | | Hotel Resort at Kaliningrad |

**USA Mailing Address:**
2553 Via Merano
Del Mar, CA 92014

PLACL01634

**Russia Mailing Address:**
76 Depovskaya Ulitsa
Kropotkin, Russia 352386



# Welcome to Black Sea Development

Call Bruce at 858-344-9165
In Russia call (011) 7 916 135 1707
info@blackseadevelopment.com

Home Russia Krasnodar/Black Sea Regi

# Russia

Russia Map
Russia Overview
History
Demographic Facts
Political
Economy
Moscow Development






Top

## Russia Overview

* Russia is the largest country in the world, even after the dissolution of the Soviet Union. Russia was the dominant partner in the Soviet Union and after it splintered into 15 independent nations, Russia still has over 6,592,000 square miles. It takes almost as

PLACL01637



Claimant Name: Bruce R Talley Claim #: 409539

long to fly from Moscow to Petropavlovsk on the Kamchatka Peninsula as it does to fly from Moscow to New York.



* The capital city, Moscow is home to perhaps 15,000,000 people and it is the cultural, economic and governmental nerve center for the entire Russian Federation, as well as having an enormous impact and pull on Ukraine, Belarus, the nations of the Caucasus, the Baltics and Central Asia. It is a fast and sophisticated city, rapidly changing and dynamic in the new Russian economy. Its growth and development in the 8 years since the 1998 ruble devaluation has been striking.

* This growth is now evident in other areas of the country. Saint Petersburg, with its access to the Baltic Sea, physical beauty and appeal to tourists, is following closely behind. Ekaterinburg, Novosibirsk, Vladivostok and the Krasnodar Region are also growing quickly

Top

# History

* Origins of first Russian state in Novgorod and Kiev

* Moscow founded 1147

* Russia throws off Mongol control 1480

* Romanov dynasty expands empire. Peter the Great founds St. Petersburg and along with Catherine the Great expands territory of Russia

* Napoleon loses nearly 500,000 men in his invasion of Russia in the winter of 1812-13

* 1861 - serfs are given limited emancipation

* 1905- under pressure, Nicholas II allows

election for first Duma (legislative body)

* 1917 – Amid revolutionary pressures, Nicholas abdicates and a provisional government is formed. A humiliating treaty with a large loss of territory is reached with Germany and the Central Powers. Civil war breaks out. Nicholas and his family are assassinated by the Bolsheviks in 1918 at Ekaterinburg

* 1920 Bolsheviks form the Soviet Union

* 1924 Founder of the Bolshevik state, V.I. Lenin dies

* Late 1920's J.V. Stalin consolidates power as dictator

* 1930's purges. As many as 30,000,000 people killed during Stalin's reign

* World War 2. The Soviet Union loses approximately 26,000,000 people in the war. Stalingrad proves to be the decisive battle

* Cold War period

* Gorbachev, glasnost and perestroika. Liberalization during 1980s

* The Soviet Union collapses in 1991. A market economy begins to form. The "oligarchs" pillage state run businesses

* Ruble collapse in 1998

* Rapid economic growth since 1998. Now Russia is an investment grade- rated borrower





Top

# Demographic Facts

* Approximately 143,000,000 people with over 100 different ethnic groups

PLACL01639

* Literacy rate of about 99.4% (compared to approximately 97% in the U.S.)

* 68% of the population in tertiary age group is enrolled in tertiary education (post-secondary, including university, technical and vocational)

* Aging population with most of the net loss coming from the countryside and small villages. Many of the cities are experiencing population and economic growth. Moscow is one of the most rapidly growing major cities in the world



Top

# Political

* Russia is a democracy

* President Vladimir Putin was elected in 2000 and again in 2004. His second and final term will expire in 2008

* The Duma is the legislative body

* 89 Regions with elected governors

* The cities have elected mayors. Luzhkov in Moscow has wielded enormous power and the city has seen a great deal of growth. Both he and Putin are very popular



Top

# Economy

* Capitalist Economy (some state-run


Claimant Name: Bruce R Talley Claim #: 409539
PLACL01640

enterprises)



* Direct Foreign Investment reached $85,000,000,000.00 in May 2005

*** Profits for foreign owned companies will be taxed at about 6% to 15%**

* Countries with the most investment include Germany, the United Kingdom, France, the United States and the Netherlands

* GDP grew 48% between 1998- 2004. Personal income grew by about 46%

* Estimates of growth in GDP for 2005 range as high as 9.5%

* 2006 growth in GDP is estimated currently between 6.8 – 8%



* Russia has the 2nd most proven oil reserves of any country and the most natural gas, more than double that of the next nation

* June 2006 saw the production of 48.9 billion cubic meters of natural gas in Russia and 290 million barrels of oil. Russia exported about 6.67 million barrels of oil per day in 2005

* Russia also has extensive mineral, coal and lumber resources. The economy also has a large manufacturing base with aircraft, defense, textiles and agricultural processing. Construction is also very strong in the population centers

Top

# Moscow Development

* New Residential Construction

| | Moscow | Suburbs |
|---|---|---|
| 2003 | 4.4 mil. sq. meters | 4.1 mil. sq. meters |

PLACL01641


Claimant Name: Bruce R Talley Claim #: 409539

| | | |
|---|---|---|
| | (47,300,000 sq. feet) | (44,000,000 sq. feet) |
| 2004 | 4.8 mil. sq. meters (51,600,000 sq. feet) | 5.7 mil. sq. meters (61,200,000 sq. feet) |
| 2005 | 4.5 mil. sq. meters (48,375,000 sq. feet) | 5.2 mil. sq. meters (55,900,000 sq. feet) |

– Prices have more than doubled in the last year. The minimum price per square meter for an apartment is now about $3,000 ( $280 square foot). For "luxury apartments" the price is from about $10,000- $15,000 per square meter ($900- $1,400 per square foot)



* New Office Construction
2004 – 700,000 square meters (7,525,000 square feet)
2005 – 900,000 square meters (9,675,000 square feet)
– Total office space in city- 5,200,000 square meters (55,900,000 square feet).
– Rents $11- $25 per square foot per month. Vacancy is about 3.5% for Class A buildings.

Moscow
* Shopping Center Construction
2004 – 690,000 square meters (7,400,000 square feet)
2005 – 800,000 square meters (8,600,000 square feet)
– Total available shopping center development space in Moscow at the end of 2006 will be 3,500,000 square meters (37,625,000 square feet). At present the vacancy is between 2- 5%

* Western Companies who have completed, are building or financing major projects in Moscow include:
– GE Capital
– AIG Global
– European Bank of Reconstruction and Development
– Citibank (12 projects)
– Intel (10 projects)
– Ikea
– Marks and Spencer
– Kingfisher
– Hediard

PLACL01642

* Companies presently planning projects:
- Wal-Mart
- Harvey Nichols
- Carrefour



Top

PLACL01643

# Welcome to Black Sea Development

Call Bruce at 858-344-9165
In Russia call (011) 7 916 135 1707
info@blackseadevelopment.com

Home Russia Krasnodar/Black Sea Regi

# Krasnodar/Black Sea Region

Black Sea Map
East Black Sea/Krasnodar Region Map
Krasnodar Region Overview
Krasnodar
Kropotkin
Novorossiysk
Gelnendzhik
Sochi



PLACL01644



Claimant Name: Bruce R Tulley Claim #: 409539




Top



PLACL01645



Claimant Name: Bruce R Talley Claim #: 409539




PLACL01646

Top

# Krasnodar Region Overview

**The Krasnodar region is one of the most attractive for investment in Russia:**

*** The area is one of the richest agriculturally in the nation, with significant processing of agricultural products**

* Oil and gas production

* Oil and gas pipelines

* Major seaport at Novorossisk on the Black Sea that is ice-free all year

* The area has the only subtropical resorts in the entire Russian Federation. The two most popular resorts see more than 5,000,000 visitors annually

*** Sochi is one of 3 finalists for the 2014 Winter Olympiad. Winner to be announced July, 2007**

* Rail and highway links to the rest of the country are good

* International airports at Sochi, Krasnodar and in 2007, Gelendzhik

* Climate ranges from temperate to subtropical

*** In 2009, casinos will be closed throughout Russia. The area around Krasnodar will be one of four in the nation that will be allowed to have gaming**

*** I have excellent political contacts in the region and I believe that municipal and bureacratic delays will be minimal in the building process. I have been personally assured of this by the mayor in Kropotkin. I am the first foreign investor there and they are eager to accommodate me. Local government officials in this region are very interconnected and my network is growing**

Top

## Krasnodar

* Administrative, political and commercial hub for the entire region

* Has approximately 800,000 people, about a 4 % increase since 2003

* Temperate climate

* About 75 miles to the Black Sea

* International Airport with flights to and from Moscow, Istanbul and Frankfurt

PLACL01647

* River cargo port

* 4 railways

* Economically growing very quickly. Real Estate prices are rising rapidly and there is much new residential and commercial construction.

Top








## Kropotkin

PLACL01648

* Population in Kropotkin and surrounding area (four towns within about 15 miles ) is about 190,000. This is about 3 – 4 % growth since 2003. Probably this is an underestimate due to peculiarities with registration system

* The climate is temperate with a long summer and relatively short and warm winters. Frost free 300 – 320 days per year.

* Very strong agricultural region. Wheat, corn, sunflowers and fruit are major products. A number of agricultural products processing plants

* Railway terminal

* Sits at the junction of the two main Federal Highways in southern Russia. The Moscow- Baku Highway has an average traffic count of 12,100 vehicles per day. High truck traffic. The Stavropol - Krasnodar Highway sees an average of 7,985 vehicles per day. Kropotkin is about 90 miles from Krasnodar

* Source of major contacts

* Commercial/Retail space is in short supply

Top

# Novorossiysk

* Biggest port in southern Russia

* 20 billion cubic meters of gas shipped from the harbor in 2005

* 73 million tons of oil shipped in 2005

* Agricultural center with wine, cattle and crop production

* Most of Russia's trade with Turkey passes through Novorossiysk. In 2004 this amounted to about $4,600,000,000.00. During 2005 it was about $10,000,000.00 and in 2006 it is expected to be about $15,000,000,000.00

* Large amounts of cement and gravel produced nearby

Top

# Gelendzhik

* Black Sea resort city with a population of about




PLACL01649

51,000. This represents growth of about 26% since 1998



* Subtropical dry climate

* Located about 30 minutes drive from Novorossisk and 2 hours from Krasnodar

* Excellent topography with well-protected calm bay and fringing mountain range

* Tourist season runs from May- October. About 2,000,000 tourists visited Gelendzhik in 2005

* Shortage of hotel rooms (only about 3,500)

* Rapid increase in apartment prices. Still inexpensive in comparison with Sochi

* New international airport expected to open October 2007. Now visitors arrive by car, rail or from the small airport at Anapa (about 1 ½ hours away)

Top





## Sochi

* The primary Russian resort city on the Black Sea. It

PLACL01650

saw over 1,630,000 visitors in 2002. That figure rose to 2,030,000 in 2005 and it is expected to be over 3,100,000 in 2006

* Subtropical climate. Sochi is famous for sunshine and warmth

* Sochi is served by the International airport in Adler ( about 15 – 20 minute drive). It is south of Gelendzhik and 3 –4 hours from Krasnodar by car

* The backdrop for Sochi is the Caucasus Mountain Range. The ski village of Krasnaya Polyana has snow for about 8 months. It is within about 25 miles of the coast. **For the 2014 Winter Olympiad, Sochi is a finalist along with Salzburg, Austria and Pyongchang, Korea. The winner will be announced in July 2007**

* Very expensive real estate and well developed for tourism and seasonal homeowners

Top





# Welcome to Black Sea Development

Call Bruce at 858-344-9165
In Russia call (011) 7 916 135 1707
Info@blackseadevelopment.com

Home Russia Krasnodar/Black Sea Regi

Krasnodar Hotel
Kropotkin Shopping Center
Fast Food
Gelendzhik Resort
Gelendzhik Apartment Dev.
Gelendzhik Yacht Club/Harbor
Property Acquisition
Gelendzhik Sports Complex and Shopping Center
Hotel Resort at Kabardinka
Kaliningrad

## Krasnodar Hotel

There is a shortage of hotel rooms in Krasnodar. This city is about 800 miles south of Moscow and is the capital of one of the strongest economic regions in Russia. Officially, the population is about 800,000, but due to peculiarities in the registration of residents, the real figure is probably close to 1,000,000. In Moscow, high quality hotels range from $350- 500 per night. Ritz Carlton is opening a new hotel in the center of Moscow this year. Rates start at about $800 per night and range to $5,000. Moscow is much more expensive in general than the rest of the country. However, prices are rising in other markets as well.

In Krasnodar, the Intourist Hotel is a good reference. It is located centrally, but not in the pedestrian center of the city. Prices are approximately $150 - 250 per night. The quality of this hotel might be comparable to a mid-range chain in the U.S. The building is of Soviet vintage and some of the rooms have been nicely renovated, but many are still in poor condition. I have been to Krasnodar frequently and it is not unusual for this hotel to be completely full. This is not the only hotel, but it is the best comparison.

In the pedestrian center of Krasnodar there are now many stores featuring expensive Italian and French designer clothing. The central market is also in this area. We have located a building that is just a 2 - 5 minute walk from many of the shops and the market. It is configured in an L shape. If we were to purchase all of the apartments in the building and a house next to it, we could then construct a very good quality 100-room hotel. This hotel will be the best in Krasnodar in terms of location and with the generous figure for furnishings it will be of superior quality also. Additionally, our plan leaves room for a very nice restaurant on the ground floor next to the street. There could even be an enclosed glass atrium like at the

PLACL01652

Grand Europa in Saint Petersburg or at the National Hotel, adjacent to Red Square in Moscow.

| | |
|---|---|
| Cost to purchase buildings and land: | $1,600,000 |
| Renovate existing building: | 209,000 |
| Add a 3rd floor to existing: | 210,000 |
| Construct 5 floor annex to building: | 1,050,000 |
| Privatization: | 50,000 |
| Demolition: | 25,000 |
| Total cost to purchase and construct: | $3,144,000 |
| Furnishings and equipment: | 1,000,000 |
| Restaurant equipment: | 115,000 |
| Total costs: | $4,259,000 |
| Gross revenue from hotel operations | $4,471,250 |
| Hotel staff: | 600,000 |
| Repair and replacement: | 100,000 |
| Utilities: | 50,000 |
| Taxes: | 559,150 |
| **Net annual hotel revenues:** | **$3,162,100** |

I am assuming an occupancy figure of 70%, which I believe to be very conservative at this time. My sources at the Hotel National in Moscow suggest that Moscow is well above 90% occupancy and I have unsubstantiated figures of 90% for Krasnodar.

The revenues assume a figure of $175 per night for a blended average of all room categories. I think this is very conservative. It is in line with lower quality hotels with a less desirable location and without a good restaurant. Also, this makes no adjustment for the rapid rise in prices that is happening in Russia.

My figure for taxes is actually high. I am using the highest figure for a Russian company with foreign ownership. I believe the true figure will be substantially lower. I believe that hotel staff will be substantially lower than this also. Labor is not well rewarded in Russia now. Capital is. The cost of labor is also reflected in the relatively low cost to rebuild the existing structure and add the new one.

PLACL01653

My figures for the restaurant are incomplete at this point. I think it should be very profitable given the shortage of fine dining establishments in Krasnodar and the availability to hotel guests. However, you can see that the hotel should do well, regardless.

If our hotel is able to charge a blended average of $225 and achieves 80% occupancy (which is the low estimate from my people in the region) the numbers change to:

| | |
|---|---|
| Gross hotel revenues: | $6,570,000 |
| Hotel staff: | 600,000 |
| Repair and replacement: | 125,000 |
| Utilities: | 60,000 |
| Taxes: | 867,000 |
| **Net annual hotel revenues:** | **$4,918,000** |

Top

# Kropotkin Shopping Center



I have established several Russian companies and I own property in Russia. One lot is approximately 1800 square meters (about 19,000 square feet) in the center of the city of Kropotkin, which is about 100 miles from Krasnodar. I have excellent contacts with local government there. This lot is across the street from the main market for the city and the smaller towns around it. The market has perhaps a thousand outdoor kiosks and is the principal shopping area for about 250,000 people. The street is congested with traffic and the parcel is about 1 block from a large bank and the main bus terminal for the city. On the right are photographs of the market and the street. The location is probably the best in the area for development of a shopping center, which Kropotkin does not have. Retail space typically is the first floor in apartment buildings in the center. This space is getting quite expensive by local standards and there is very little available now. Construction financing is not an

PLACL01654



Claimant Name: Bruce R Talley Claim #: 409539

option. Typically projects are cash and are done with some type of equity partnership.

Costs of construction are estimated at $500 - $700 per square meter.

Cost to construct: $2,400,000 - $3,360,000 ($500 -700 sq. meter. 3 floors x 1600 sq. meters.)

Estimated sales price: $7,200,000 ($2,000 per square meter less 25% of area for corridors/escalators)

**Estimated profit: $3,840,000- 4,800,000**

Total period from inception to completion of project would be less than 2 years. It is likely that the sales price will be higher by the time space is sold. All of the space will probably be sold before completion date due to strong demand.

Rental of the space is also an option. Presently rents are running from about $38 - $57 per square meter per month.

**Total annual gross rents: $1,532,000 - $2,296,000**

***Note: April, 2007. Currently I am developing this project myself. After I began having the buildings demolished on the property, a number of stores, including several large chains approached my team about buying space in a shopping center at the location. It looks as though I will not have to seek outside financing to build the project. Car and foot traffic are each at nearly 1,000 per hour on the weekends.***





Top

PLACL01655



## Fast Food

I have established a relationship with the owners of Bubba's Restaurants. Bubba's is a hamburger restaurant chain headquartered in Kauai, Hawaii. Their product is superior in quality to the largest chains and they are an efficient and well-run organization. The managing partner traveled with me to Russia in October 2006. We visited Moscow and the Krasnodar Region. He believes, as I do, that the Krasnodar/Black Sea Region is excellent territory for fast food development and that we would have a tremendous competitive advantage there. Moscow is a sophisticated dining environment with many options, and yet American style fast food restaurants do very well there. There are perhaps 120 McDonald's in Russia, but virtually all are in or around Moscow and Saint Petersburg. One of their outlets in Moscow at Pushkin Square receives about 30,000 patrons per day. In the Krasnodar Region, there are only 2 McDonald's. One is in Sochi, on the Black Sea. It is perpetually busy with very long lines. It is not uncommon to see 100 –200 people waiting for service. The first McDonald's in Krasnodar (population nearly 1 million) opened in the fall of 2006. In most of the cities in the Krasnodar/ Black Sea region, the food quality in the restaurants is poor, the service is slow and the food is expensive by local standards. In Kropotkin, the closest thing to fast food is a restaurant that serves something that is barely recognizable as pizza. The service is poor and the pizza is the worst I have had. This tiny restaurant (about 8 small tables) made a profit of about $140,000 in 2005 (figure from their accountant). The rest of the restaurants in this area of about 250,000 people have very poor food or in the best cases the food might be comparable in quality to a Denny's. The menu is nothing like Denny's, it is traditional Russian food, but not

PLACL01656



Claimant Name: Bruce R Talley Claim #: 409539

particularly good. This is the best they have to offer. There are no places that are fun and inviting to enter for something quick. We have isolated a location near the train station and close to several universities and just steps off the main commercial thoroughfare in Kropotkin. Bubba's of Hawaii will handle the design of the restaurants and training of staff and will help me with design and marketing of merchandise. They do a very good job of this in Hawaii. McDonald's is a very well known and recognizable brand in Russia, but their logo and name are not particularly appealing from a merchandise standpoint. The restaurant will be fun, exciting and designed to appeal to young people and families. Bright colors and televisions showing surf and ski films will be a complete departure from what is available in this region. Customers will be able to watch their food being prepared. Bubba's has done well with this concept in Hawaii.

Our plan is to open 2 – 3 restaurants in Kropotkin and Krasnodar. Then we will sell franchises to owner/operators in other cities. This has not been done yet with an American-style fast food restaurant in the whole region.

Estimated Costs:

| | |
|---|---|
| Cost to purchase location Kropotkin: | $250,000 |
| Cost to purchase location Krasnodar: | 250,000 |
| Total construction costs: | 150,000 |
| Equipment for 2 restaurants: | 80,000 |
| Training | 50,000 |
| Legal and Accounting | 20,000 |
| Supplies | 30,000 |
| Advertising | 10,000 |
| Merchandise (clothing for sale) | 10,000 |
| Total costs (2 restaurants): | $850,000 |

**Estimated monthly after tax net:** **$60,000**

This figure is based upon only 375 patrons per day. I believe this is a conservative estimate based upon the foot traffic and locations in Krasnodar and Kropotkin. If we get 500 or 600 patrons per day it will be much more profitable. The restaurants will be designed to handle at least this much traffic. We have been using the accounting program that Bubba's in Hawaii uses for their restaurants to generate the projections. I can run a detailed breakdown of all costs and sale prices for menu items, if desired.

The pizza restaurant in Kropotkin will often receive 375 visitors in a day. Their food is much more expensive than our hamburgers, very poor quality and service is not to American standards. If we provide a superior quality product, cheaper, faster with good service and in a fun environment, I think it will do much better.

PLACL01657

After successful introduction into these markets, we would sell franchises for $30,000 -$50,000 and retain 8.5% of gross proceeds. We are convinced this will work. It is a very successful model in the U.S. and many Russians would like to own their own business. However, they do not have experience in American-style fast food. I think it is possible to have a large chain of American-style hamburger franchises. Our design and name will have marketing appeal for clothing. The investors, my Hawaiian partners and I will retain the merchandising rights for the chain.

Top

## Gelendzhik Resort



**June of 2006, the property in the photo at right was available to purchase at a price of $8,000,000.** It consists of approximately 25 acres at the south end of the bay in Gelendzhik where it meets the Black Sea. The property currently has an aging Soviet-era resort. It would be an ideal location for a 5 star resort or a gated community of very expensive single family homes. **It sold for $27,000,000 in late 2006.** This property is also visible on the left side of the photo below.

Top



PLACL01658



Claimant Name: Bruce R Talley Claim #: 409539

# Gelendzhik Beach Apartment Project (Elite Class)



The proposed development is a 2 building elite class (Russian definition) apartment complex separated with 92 apartments (46 each) and two (2) 46-space below-street level parking garages in Gelendzhik, Krasnodar Region, Russian Federation. The total area of each of the buildings is calculated at 11,271.80 square meters (each square meter is 10.764 square feet). The parking garages will each be about 1200 square meters for a total of 2,400 square meters with a net of 859 square meters (total 1,798). Guest parking will be on the grounds. The location of the project is about 20 meters from the beach and located on the first line of buildings, so there will be uninterrupted views of the water. Views will be of the mountains, Gelendzhik Bay and the Black Sea. It will be about 700 meters from the proposed yacht marina, restaurant and hotel project that is to be developed by the Chairman of the Accounting Chamber of the Russian Federation , Sergei Stepashin. The surrounding properties include several luxury apartment complexes of the same class as this development. The new airport is about a 10 minute drive from the site and the city center is a comfortable walk on the beach walk that the city constructed. There are many cafes, restaurants and much shopping along this beach walk. Within a 5 minute drive of the site are several water parks and the tram that leads to the top of the mountain behind Gelendzhik. At the present time apartments in Gelendzhik are often completely sold out when construction begins. Prices are running from $3,000 to $6,000 per square meter. Gelendzhik is emerging quickly as the chic alternative to Sochi. With only about 240 miles of Black Sea coastline, Russia's seashore will be very quick to develop.

***The project includes :***

1 Total area of land is 4,400 square meters or .44 hectares (app.1 acre)

2. The project to be built is a total of 15,630 square meters, consisting of:

a) Two nine-story 6,615 square meter apartment buildings, which each consist of 5,635.90 square meters in actual living space or 11,271.80 total square meters. There will be a total of 92 apartments and studio apartments in the proposed development.

b) Two 46 space parking facilities each composed of 1200 square meters gross area and 897.10 square meters of net parking available for sale to the residents.

**Project Financial Summary**

1. Total Project Cost is. $ 20,801,536

2. Estimated Project Period - 36 months.

3 Total estimated Sales Price $65,387,385

4. Estimated Pre- Income Tax Profit (post VAT) $ 44,504,855

It would be possible to begin constructing very quickly.

Total project period should be less than 2 years. Since prices in the region are escalating quickly, it could be even more profitable. Also, Gelendzhik is a very attractive Black Sea resort city and is presently building an international airport. The growth in tourism is very rapid and it is one of the most attractive places for a Russian to acquire a second home.

Top

PLACL01660



Claimant Name: Bruce R Talley Claim #: 409539

# Gelendzhik Yacht Club/Harbor



Gelendzhik is one of the best natural harbors in the entire Black Sea region. At the present time there is not a marina with berthing for private yachts on the Russian coast. Many Russian owners keep their boats in Greece or Turkey. The city of Gelendzhik is looking for a developer to build a 500 slip marina and potentially a hotel/restaurant complex. There may be incentives from the city. We are exploring this at the present time.



***Note: April, 2007 This project has already been taken. Sergei Stepashin, Chairman of the Accounting Board of the Russian Federation has been chosen as the developer.***

Top

# Property Acquisition

Many European and American real estate concerns are buying real estate in Russia. The location for most of this investment has been in Moscow and to a lesser extent Saint Petersburg. However, recent conferences for institutional investors focused on Russian real estate have pointed out the attractive opportunities in other regions. The present time represents a unique opportunity to acquire commercial real estate and land zoned for commercial purposes. Owners of good locations in commercial hubs and resort areas can look for dramatic increases in value. I would like to find a financial partner to acquire a

PLACL01661



Claimant Name: Bruce R Talley Claim #: 409539

portfolio of properties that we could then manage, develop or sell as events and market conditions dictate.

## Gelendzhik Sports Complex and Shopping Center

The area of an investment site – 63 acres
Distance from the center of Gelendzhik – 2.5 miles
Prospective area of building – 407,500 square feet
Prospective budget cost – 31,100,000 Euros
Prospective time of recovery of investment - 7 years





Top

## Hotel Resort at Kabardinka (500 beds) (Gelendzhik area)

Land area – 13,34 acres
Structure footprint 107,640 square feet
Total area of project- 248,648 square feet
Prospective budget cost - $3,000,000

PLACL01662


Claimant Name: Bruce R Talley Claim #: 409539



PLACL01663

Top

## Kaliningrad

Kaliningrad sits on the Baltic Sea in a corner of Russia



Claimant Name: Bruce R Talley Claim #: 409539




enclosed by Lithuania and Poland. Kaliningrad is a short distance from Berlin, Warsaw, Helsinki, Stockholm and Copenhagen. There are an estimated 1,200,000 people in this small region with about 400,000 in Kaliningrad itself. In 2009, gaming will be banned in virtually all areas of the Russian Federation. Kaliningrad is to be one of four areas with legalized gambling. Tourism has been steadily increasing there in recent years. However the change in laws and its proximity to Moscow, Saint Petersburg and the cities mentioned above, should drive a huge increase. Local authorities are predicting more than a ten-fold rise in the next 5 years. Kaliningrad's real estate values are very inexpensive in comparison with many Russian cities and are much less than the Black Sea resorts in the south. Currently a new airport is being constructed there. We are in the process of identifying properties for purchase and development there. At the present time there are fewer than 1200 hotel rooms despite its status as a summer resort city.



Top



PLACL01665



Claimant Name: Bruce R Talley Claim #: 409539