# CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

***Talley v. Provident***

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

I hereby certify that on July 30, 2008, the following document(s):

**(1) DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE COUNTERCLAIM;**

**(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM; and**

**(3) DECLARATION OF STEPHEN H. GALTON IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM;**

were served on the interested parties in this action by electronic service of the document(s) through the Court's transmission facilities, addressed as follows:

Kantor & Kantor, LLP
Glenn R. Kantor (gkantor@kantorlaw.net)
Elizabeth K. Green (egreen@kantorlaw.net)
19839 Nordhoff Street, Suite 1B
Northridge, CA 91324
Tel: (818) 886-2525
Fax: (818) 350-6272
*Attorneys for Plaintiff Bruce Talley*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on July 30, 2008, at Los Angeles, California.

Barbara W. Jeong
Barbara W. Jeong