Glenn R. Kantor, Esq. State Bar No. 122643
Elizabeth K. Green, Esq. State Bar No. 199634
Email: egreen@kantorlaw.com
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Bruce Talley

**Burke, Williams & Sorensen, LLP**
Stephen H. Galton, (SBN 046732)
sgalton@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendants Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE TALLEY,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 08 CV 0202 H NLS<br><br>**JOINT MOTION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM** |

Plaintiff Bruce Talley and Defendants Provident Life and Accident Company and U.S. Bancorp Long Term Disability Plan ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Defendants filed a Motion for Leave to File Counterclaim, scheduled for hearing on September 2, 2008.

2. Plaintiff and Defendants hereby stipulate and agree to continue the hearing date on Defendants' Motion for two weeks to permit the parties the opportunity to discuss settlement prior to Plaintiff filing his opposition brief and prior to Defendants' preparation of their reply brief. The parties request a new hearing date of September 16, 2008.

3. Good cause exists for the continuance because the parties seek to engage in good faith settlement discussions before incurring additional time and expense in litigating the matter.

The Court is respectfully requested to grant the extension.

SO STIPULATED.

Dated: August 15, 2008

Kantor & Kantor, LLP

By: */s/ Elizabeth K. Green*
Elizabeth K. Green
Attorneys for Plaintiff Bruce Talley

Dated: August 15, 2008

Burke, Williams & Sorensen, LLP

By: */s/ Stephen H. Galton*
Stephen H. Galton
Attorneys for Defendants Provident Life and Accident Insurance Company and U.S. Bancorp Long Term Disability Plan