**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE TALLEY,<br>Plaintiff,<br>vs.<br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,<br>Defendants. | CASE NO. 08-CV-0202 H (NLS)<br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM**<br>[Doc. No. 14.] |

On July 30, 2008, Defendants filed a motion for leave to file a counterclaim. (Doc. No. 13.) On August 15, 2008, the parties filed a joint motion to continue the hearing on Defendants' motion. (Doc. No. 14.) The Court for good cause shown grants the parties' joint motion. Accordingly, the hearing currently scheduled for September 2, 2008 is continued to September 15, 2008 at 10:30 a.m. in courtroom 13.

IT IS SO ORDERED.

DATED: August 18, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT