**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE TALLEY,<br>Plaintiff,<br>vs.<br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN,<br>Defendants. | CASE NO. 08-CV-0202 H (NLS)<br>**ORDER RE: BRIEFING ON COUNTERCLAIM MOTION** |

On July 30, 2008, Defendants filed their motion for leave to file a counterclaim against Plaintiff Bruce Talley. (Doc. No. 13). This motion was noticed for a hearing on September 2, 2008 and was later continued to September 15, 2008 in response to a joint motion requesting the continuance. (Doc. Nos. 14, 15). Pursuant to Local Civil Rule 7.1(e)(2), any party opposing a motion must file an opposition or a statement of non-opposition no later than 14 calendar days before the hearing date. At this time, the Court has received no opposition from Plaintiff.

//

//

//

//

If Plaintiff wishes to oppose the above-referenced motion, he is strongly advised to submit his opposition as soon as possible and provide a reason why it should be admitted after the deadline. If the Court has not received Plaintiff's opposition by September 10, 2008, it may exercise its discretion under Local Civil Rule 7.1(d)(1) to decide the motion on the papers without further notice to Plaintiff.

IT IS SO ORDERED.

DATED: September 4, 2008

Marilyn L. Huff

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT