Glenn R. Kantor, Esq. State Bar No. 122643
Email: gkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
Email: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Bruce Talley

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE TALLEY,<br><br>Plaintiff,<br><br>VS.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; U.S. BANCORP LONG TERM DISABILITY PLAN;<br><br>Defendants. | CASE NO: 08 CV 0202 H NLS<br><br>PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM<br><br>Date: September 15, 2008<br>Time: 10:30 a.m.<br>Ctrm: 13 |

Plaintiff Bruce Talley hereby submits his non-opposition to Defendants' Motion for Leave to File a Counterclaim.

DATED: September 5, 2008

KANTOR & KANTOR LLP

BY: [signature]
ELIZABETH K. GREEN
ATTORNEY FOR PLAINTIFF